FILED
2016 Sep-09  PM 03:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
CIVIL ACTION NO: _____

MATTHEW SHERMAN, PHILLIPS,                         PLAINTIFF,

Ms. _____, MCINTOSH, (RN),

JERRY EDWARD ROBBINS, JR., et al., (M.D.)          DEFENDANTS,
DR. IVAN PROVISION, (MD),
DR. SUSSMUNE STUBBS, (MD),
MS. _____ MCELROY, (NURSE ADMINISTRATOR)(LIMESTONE)
MS. SOPHIA CLEMMONS, (RN)(LIMESTONE)

MS. MEANS, (RN) (LIMESTONE)
MS. _____ DRYER, (RN) (LIMESTONE)
MR._____ HOOPER, (NP) (NURSE PRACTIONER)(LIMESTONE)
MS._____ JONES, (NP)(NURSE PRACTIONER)(LIMESTONE)
MS. _____ JACKSON, (MENTAL HEALTH)


CHRISTOPHER GORDY, (WARDEN III),(LIMESTONE), et al,  DEFENDANTS,
_____ PATRICK, (WARDEN II) (LIMESTONE)
SGT._____, CLEMMONS, ADOC SUPERVISOR, (LIMESTONE),

### COMPLAINT
### CIVIL ACTION/JURY TRIAL DEMANDS

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42: U.S.C. Section § 1983
   to redress the deprivation, and denied of a serious medical
   treatment injury occurred (April 15, 2015), defendants acting
   color of state law, and of deliberate indifference of rights
   secured by Constitution of the United States.  The Court has
   jurisdiction under 28: U.S.C. Section §1331 and ¶ 1343(a)(3).
   Plaintiff seeks monetary damages i.e. nominal, compensatory, and
   punitive, injunctive relief, & declaratory judgment pursuant to
   28: U.S.C. Section 2201 and 2202.  Plaintiff's claims for
   injunctive relief are authorized by 28: U.S.C. Section 2283 & 2284
   and Rule 65 of the Federal Rules of Civil Procedure.

Plaintiff's claims that this United States District Court hold a hea
hearing or immediately issued an order of injunctive or (TRO)
Temporary Restraining Order Relief, reframing the defendants to stop
the denial of refusing him treatment and grant him of his serious
medical care as the other 2200 inmates guaranteed of medical treat-
ment. See Hill -v- Dekalb Reg'l Youth Det. Ctr., 40 F3d 1176, (11th
Cir.).

## RETALATION:

Plaintiff's claims that this Court immediately issued an injunctive
relief, and ordered that the defendants that he is not further
threaten, place in illegal segregation, "Lockup" for any un-
violation of any ADOC Rules violation, transferred or moved to a
another ADOC Institution until therewith this filed civil action are
completely litigated, or continuely to deny him of a serious medical
treatment or fraudulent write-ups/disciplianary for the filing of
this or any other lawsuits in the future.
Plaintiff's seeks demands of trial by jury.
That the defendant's are sued in their individual and official capac
capacities.
That the defendants named in this complaint acted under deliberate
indifference.
that all the named defendants in this complaint acted under color of
state law.
That the defendants violated his Eighth and Fourteenth amendment
right.
That the defendants does not qualify for qualified/soveregin or
absolute/state-agent immunity.

2

That all the named defendants in this complaint are responsible and
liable in this action; in their respective profession.
That all the named defendants violated the plaintiff's due process
and it of "liberty interest".
That these claims alleged does not exceeds $4,000,000 in damages.
Because the plaintiff's were denied and deprived of a serious
medical treatment of his injury occured (April 15, 2015). [40 F3d
1176, 11th Cir.], and all acted under deliberate indifference and
under color of state law, they are sued in their individual and
official capacities not of controversity of $4,000,000.

## VENUE

The [United States District Court or The Northern District Of
Alabama], is the appropriate venue under 28:U.S.C. Section
§ 1391(b)(2)] because it is where the events (Limestone Correctional
Facility] giving rise to this claim occurred.

## III PARTIES

Plaintiff's Matthew Sherman Phillips, is presently an inmate incar-
ated at the Limestone Correctional Facility, filing through a
(prisoner's litigator), (Pro-se), Conley -v- Gibson, 355 U.S. 41,
45-46, (1957), Limestone Correctional Facility, 28779 NICK DAVID Rd.
Harvest, Alabama, 35749, and he may received all legal material per-
taining to this lawsuit at the above listed address.  Aprisoner in
custody of the State of Alabama Department of Correction.  He
request's of this Honorable U.S. Federal District Court that the
defendants soes not retaliated against him during at no time during
litigation of these action, i.e. confined of illegal segregatiom.
fraudulent disciplinary's,

3

transferred to another ADOC institution before this litigation is completely finish of it's post stage. or deprived or denied of further serious medical treatment of his injury occured in these because he filed this civil action lawsuit, or file grivances or in the present file lawsuit. see Thaddeus -v- Battle, 175 F3d 378, 394, 398 (6th Cir. 1999); Williams -v- Department of Corrections, 208 F3d 681, 682, (8th Cir. 2000); Crawford-El -v- Butler, 523 U.S. 574, 588, n. 10, 118 S.Ct., 1584 (1988).

## DEFENDANTS

Defendant Dr. Jerry Edward Robbins, Jr., is a license certified (MD) Medical Doctor, in the capacity of contract of The Alabama Department of Corrections (Limestone Correctional Medical Staff and is employed with the Corizion Health Services, of the Alabama Medical Board of the State of Alabama. Atkins -v-, 487 U.S. 42, (1988).(West -v- Atkins.).

He is sued in his individual and offical capacities, and have acted under "deliberate indifference" and color of state law. He has deprived and denied the plaintiff's of a serious medical treatmen and continue to do so even as much of the filing of this complaint, he is full responsible and liable for the damages in full force of the denial of a serious medical treatment guaranteed by the Constitution of the United States, the Eighth and Fourteenth Amendment. He has violated the plaintiff's Eighth and Fourteenth Amendment. He may be served a copy of the complaint at the Limestone Correctional Medical Department, 28779 Nick David Road, Harvest, Alabama, 35749.

**Defendant Dr. Ivan Provision,** he to is also a defendant in this complaint, and he too is a License Certified (MD) Medical Doctor

4

certified with the Alabama Medical State Bar, and is employed and of contract with the Corizion Health Services, at the Limestone Medical Staff, as a (MD) Medical Doctor. He too obtain the same duties as a medical doctor as of Defendant Robbins, and of the of same cridentials as of Robbins, in the medical field. He too is sued in his individual and official capacities, and has violated the Plaintiff's Constitutional Right of his Eighth and Fourteenth Amendment right of the United States. He has acted under "deliberate indifference" and under the color of state law. he too like Robbins, deprived and denied and continue to denied plaintiff's of a serious medical treatment now going on over a year of the filing of this complaint. He is full responsible and liable for the constitutional violated of the plaintiff's. He may be served a copy of this complaint at the Limestone Correctional Medical Department at 28779 Nick David Road, Harvest, Alabama 35749.

**Defendant Dr. Sussmune Stubbs,** like the other named defendants Dr. Stubbs, is also a certified license (MD) Medical Doctor witht the Alabama State Board, under contract with the Corizion Health Services, assigned to the Limestone Correctional Medical Staff, he too as of the other named defendants has obtained the duties as a doctor, issuing a service of medical to the Department of Corrections (ALABAMA) incarcerated inmates at Limestone Correctional. He is sued in his individual and offical capacities, and has violated the plaintiff's constitutional right of the Eighth Amendment of the United States. He as the other defendants acted under "deliberate indifference" and of under the color of state law depriving and denied the plaintiff's of a serious medical treatment injury guaranteed by the constitutional of the United States. He is full responsible and liable for the violations alleged.

5

He may be served a copy of this complaint at the Limestone Correctional
Medical Department, at 28779 Nick David Road, Harvest, Alabama 35749.
**Register Nurse Sophia Clemmons:** is also a defendant named in this
complaint, and she too is a certified Register Nurse with Alabama State
Medical Board (ALABAMA) and she too obtain the same medical duties as of
Robbins, Provision, and Stubbs, she too is sued in her individual and
official capacities of violation the plaintiff's constitutional right of
the Eighth and Fourteenth Amendment of the UNited States.  she has acted
under "deliberate indifference" and under color of state law depriving
and denying the plaintiff's of a serious medical treatment injury
refusing and denying him treatment and still continue to do so now a
little over a year.  All named defendants have denied him of due process
of a liberty interest.  She is full responsible and liable of the full
damages sued for, and has obtain the same denial of medical treatment as
of the other named defendants in their personal crediantials.  She can be
served at the Limestone Correctional Medical Department, 28779 Nick David
Road, Harvest, Alabama 35749.

　　　　　**Dryer, (Certified Medical Health Counselor):**  is named as a
defendant and the first name of this defendant has not been provided to
this plaintiff's at the time of the filing of this complaint, but is
is listed as of file and certified as a Mental Health Counselor, register
with the (ALABAMA) Alabama Certification State Register, she provide
counseling as of the plaintiff's incarcerated in the (ALABAMA) Department
of Corrections (LIMESTONE).  She take on other responsibities that is not
defendants as of Robbins, Provision, Stubbs, and Clemmons, she has
violated the plaintiff's constitutional right by not providing him the
assistance recommendation that is needed of medical treatment.

6

She has acted under "deliberate indifference" and under the color of
state law.  Defendant is sued in the individual and official capacities,
and has violated the plaintiff's due process and of liberty interest.
She is staff with the Corizion Health Services, and she is presently work
-ing under contract at the (ALABAMA) Department of Corrections (Limestone
Facilities).  She may be served a copy of this complaint at the Limestone
Correctional Facility, 28779 Nick David Road, Harvest, Alabama 35749.

        **Means, (RN) Register Nurse:**  as of the other named defendants
she obtain full duties as of the medical staff defendants named above,
and her first name is not known to the plaintiff's at the time of this
filing of this complaint, but she is a certified register nurse with the
(ALABAMA) Medical State Board (Nursing) and is presently employed with
Corizion Health Services, contracted as a Register Nurse with the Alabama
Department of Corrections (Limestone Corrections) to render a service to
incarcerated inmates housed at Limestone of Medical Treatment guaranteed
under the constitutional of the United States.  She has also deprived and
denied the plaintiff's of a serious medical treatment injury occurring
(April 15, 2015), continuation now over a year.  She to join the rank of
the other defendants named in this complaint denied of medical treatment.
She may be served at the Limestone Correctional Medical Department, 28779
Nick David Road, Harvest Road, 35749.

**Mr. _____ Hooper, (NP) Nurse Practioner):**  whose first name is not
disclosed to the plaintiff's at the time of the filing of this complaint.
Nurse Practioner Mr. Hooper, is a medical assistance to the above named
defendants i.e. Robbins, Provision, Stubbs, Clemmons, and Means, he is
presently employed with the Corizion Medical Services, and he certified
as a Nurse Practioner's with the (ALABAMA) Medical Board of Doctors.  He
is contracted with the ALABAMA Department of Corrections, to assist

7

Medical doctors in their screening of incarcerated inmates, housed in the Limestone Correctional Facility, of their medical needs' and treatment. He has acted under "deliberate indifference" and of color of state law refusing, depriving, and denying plaintiff's of a serious medical treatment guaranteed under the constitution of the United States, Eighth and Fourteenth Amendment. He is sued in his individual and official capacities. he has denied the plaintiff of due process of a liberty interest's. he too has obtain all of the above medical duties denied by other named defendants in this complaint. He may be served a copy of thi complaint at the Limestone Correctional Medical Department of Corrections 29779 Nick David Road, Harvest, Alabama, 35749.

_____ **Jones, (NP) Nurse Practioner's:** is defendant in this complaint and the first name is not known to this Plaintiff's at the time of the filing of this complaint. Ms. Jones a certified (NP) Nurse Practioner's with the (ALABAMA) State Medical Board, and she is presently employed with the Corizion Medical Health Services, and is presently contracted with the (ALABAMA) Department of Corrections, Medical Staff at the Limestone Correctional Facility, to assist medical doctors of the other named defendants in this complaint of medical assistance and screening of housed incarcerated inmates at the Limestone Correctional Facility. She obtain duties as of Defendant (NP) Hooper, and other Nurse Practioner's, at the Limestone Medical Department. she is sued in her individual and official capacities, and under "deliberate indifference" and under color of state law, as she also violated the plaintiff's constitutional right of the Eighth and Fourteenth Amendment of the United States. Depriving, refusing, and denying him of a serious medical treatment injury guaranteed him under the constitution of the United States.

8

She has violated the plaintiff's due process of a liberty interest's. She may be served a copy of this complaint at the Limestone Correctional Medical Department, 28779 Nick David Road, Harvest, Alabama 35749.

**McElroy, (LIMESTONE) CORIZION NURSE ADMINISTRATOR:** whose first name is not known to this plaintiff's at the time of filing, but she is presently employed and staff with the Corizion Medical Health Services, first as a (RN) then as the Chief Nurse Administrator, she is acquired to screen all grivances and answer, all requestes, and a as the prison and corizion liaison connecting the branches of the medical staff and the Alabama Department of Corrections, of all incoming and outgoing documents , medicine, orders signed and reviewed by doctors, nurses, nurse practioner's and other medical staff employed by Corizion. She hold's meeting and other problem solving matters between incarcerated inmates housed at Limestone, staff personnel, and ADOC Staff concerning of medical problem such as here in the plaintiff's deprivation and denial of a serious medical treatment injury denial, refused or deprived of treatment as have benn here by her and the other named defendants in this complaint. She is sued in her individual and official capacities, under "deliberate indifference" and under color of state law. depriving, refusing and/or denying plaintiff's a serious medical treatment guaranteed him under the constitution of the United States. She has violated his Eighth and Fourteenth Amendment. She violated his due process of a liberty interest. refusing him medical treatment. She may be served a copy of this complaint at the Limestone Correctional Medical Department, (Limestone), 28779 Nick David Road, 35749.

**CHRISTOPHER GORDY, (WARDEN III)(LIMESTONE):** Warden III, Gordy, is the Warden at the Limestone Correctional Facility, Harvest, Alabama, where the plaintiff's is presently housed and incarcerated at of his

9

administtation, and he is named as a defendant in his superior respondeat
because he was sent over four unanswered complaint of concern of the
plaintiff's denial, refusing, and depriving of a serious medical treat-
ment, by the other named defendants of the Corision medical health
services.   He mad no inquiry or response to any of the plaintiff's
complaints file with his office, nor did he ordered the Corizion medical
staff to correct this matter of depriving, refusing, or denial of the
plaintiff's ignorance of his serious medical treatment or ordered them
issue him medicine for his injury, after filing the complaints with his
immediately office.  he too was acting under "deliberate indifference"
and of under color of state law, under his superior respondeat. He sued
in his individual and official capacities, and he presumed all duties of
the welfare of the incarcerated inmates housed at the Limestone
Correctional Facility of the Alabama Department of Correctional Facility.
He presumed of all responsiabilities under his watch of the housed
inmates for medical care and other medical conditions, security, and of
their well being and of their welfare, of a guarantee right of proper
medical care. He has violated the plaintiff's Eighth and Fourteenth
Amendment right of due process and of a liberty interest.
He may be served a copy of this complaint at the Limestone Correctional
Facility, Administration, 28779 Nick David Road, Harvest, Alabamas
35749.

**Warden Jimmy Patrick, (WARDEN II)(LIMESTONE):**  Warden Patrick, is the
second in command as a Warden II, of the Limestone Correctional
Facility, where the plaintiff's is presently incarcerated, and he
presume all of the duties of Defendant Gordy, and he too is sued as a
defendant in this complaint as he too alike defendant Gordy allowed the

10

the Corizion medical staff to continue not providing this plaintiff's non
-medical treatment. he presume the the same duties as of defendant Gordy
and he to are sued in his superior respondeat and his individual and
official capacities. He has acted under the color of state and under
"deliberate indifference" in permitting the Corizion to refuse or deprive
him of a guaranteed constitutional right to a seriopus medical treatment.
He did nothing to stop this continuation of the non treatment done by the
Corizion's defendants. He violated the plaintiff's Eighth and Four-
teenth Amendment right. He can be served of a copy of this complaint at
Limestone Correctional Facility, Administration. 28779 Nick David Road, H
Harvest, Alabama, 35749.

LT.       ,FOX,ADOC SHIFT COMMANDER,: is defendant as he is employed by
by the (ADOC) Alabama Department of Corrections, as shift commander, and
was the shift commander when the code came that the plaintiff's had been
stricken with the severe pain of his spine, but refused to dispatch any
ADOC Officer or any personell to retreive the plaintiff's from the fall
he had been call in by Ms. Craig, that a "MAN DOWN" neither was there any
personell dispatched from the mdeical facility. So eventuially
plaintiff's was assisted by Officer Triberge, and excorted to the medical
care in a very slow walk. He is sued in his individual and official
capacities. He acted under "deliberate indifference" and under the color
of state law. He has violated the plaintiff's constitutional Eighth and
Fourteenth Amendment, allowing no personell to be dispatched to retreive
plaintiff's after the "MAN DOWN" code had been call in by Ms. Craig on
(April 15th, 2015). He can be served at the Limestone Correctional
Facility, 28779 Nick David Road, Harvest, Alabama 35749.

SGT.      Clemmons, a supervisor for the shift for the ADOC: is a
defendant, as he made verbal and assault toward the plaintiff's as it is

11

not known of the defendant first name upon the filing of this complaint. Plaintiff is not of knowledge but to believe that a connection of relative's or spouses of each other of Sgt. Clemmons and Nurse Clemmons, whose are both are defendants in this complaint, but he became under harassment and retaliation believe to know that Sgt. Clemmons learned that Plaintiff's was going to file this Lawsuit.

He is sued in his individual and official capacities, and under "deliberate indifference" and under color of state law, as he made cussing and verbal threats and retaliation against this plaintiff's. He violated this plaintiff's constitutional right when and in-fact plaintiff had done nothing to cause the verbal threats and retalation against him this defendant. He may be serve a copy of this complaint at the Limestone Correctional Facility 35749.

RN         MCINTOS,(RN) REGISTER NURSE: **whose first name is not known to this Plaintiff's at the time of filing this complaint. She is a defendant and that the facing of this complaint is amended as she may reflect to be an added defendants under the Corizion's Medical Staff, and she is a certified register nurse with the (ALABAMA) CERTIFICATION MEDICAL BOARD OF THE STATE OF ALABAMA. She is sued in her individual and official capacities, and under "deliberance indifference" and under the color of state law. for the deprivation, refusing, and denial of a serious medical treatment injury, she obtain all of the duties as of the other medical Corizion's defendants. She has violated the plaintiff's Eighth and Fourteenth Amendment, and violated the plaintiff's due process of a liberty interest's. She may be serve at the Limestone Correctional Medical Department, 28779 Nick David Road, Harvest, Alabama 35749,**

**12**

THE RIGHT TO MEDICAL CARE: Hill -v- Dekalb Reg'l Youth Det. Ctr.,
40 F3d 1167, (11th Cir. 1994): Taylor -v- Adams, 221 F3d 1254, 1258
(11th Cir. 2000).

The United States Constitution gives inmates a right to treatment
for medical needs that are "serious". Many medical conditions
endanger a person's life and are clearly "serious". The Constitution
has stated it is clear, that a medical condition does not have to be
life-thereatening to be considered "serious". [Id 40 F3d 1167];
Edward -v- snyder, 478 F3d 827, 830.32, (7th Cir. 2002); Guthereze
-v- Peters, 111 F3d 1364, 1370 (7th Cir. 1990). While most U.S.
Federal District Courts have addressed "serious" in two different
ways. See Estelle -v- Gamble, 419 U.S. 107 (    ). The first
definition states that a medical need is "serious" when it has been
diagnosed by a physician as mandatory treatment or-- is so obivious
that even a lay person would clearly easily recognize the necessity
for a doctor's attention. Hill -v- Dekalb Reg'l Youth Det. Ctr., 40
F3d 1167, (11th Cir. 1994). The second definition states that a
serious medical need exists when "the failure to treat a prisoner's
condition could result in further significant injury or the unnecess
-ary and wanton infliction of pain. Harmon -v- Barkley, 219 F3d 132
136, (2nd Cir. 2007).

The prison must provide inmates with medical care, the Eigth Amend-
ment protect's inmates right to medical care. The U.S. Constitution
guarantee prisoner's this right. "An inmate must rely on prison
authority to treat his or her medical needs; if the authorities fail
to do so, needs will not be met."    Estelle -v- Gamble, 429 U.S.
97, 103 S.Ct., (1976). The Eleventh Circuit held in Taylor -v-
Adams, 4221 F3d 1254, 1258 (2000) if a doctor's says' an inmate need
treatment, or his need is so obivious, than it is probadly "serious"

13

**DELIBERATE INDIFFERENCE:  is a critical part of any medical claim: Jail and Prison Officials violate the Constitution when they act with "deliberate indifference" to an inmate "serious" needs.**

Plaintiff Matthew Phillips have state that the defendants Dr. Jerry Edward Robbins, Jr., Dr. Ivan Pavirov, Dr. S. Stubbs(Stone), Nurse Administrator Taylor McElroy, RN/Sophia Clemmons, RN/_____ Means, RN/_____Means, RN/_____MCIntosh, NP/_____ Dryer, NP/_____Hooper, NP/_____ Jones, Mental Health _____ Jackson, Corizion Employees, and Warden III, Christopher Gordy, Warden II, Jimmy Patrick, Sgt. _____, Clemmons, (Shift Supervisor), ADOC Employees, et al., named in this complaint 42: U.S.C. § 1983, acted with "deliberate in-difference".  See Farmer -v- Brennan, 511 U.S. 825, 114 S.Ct., 1970, (1994).  When they knew that the plaintiff's was refused, denied, force a substantial risk of "serious" harm and disregarded

that risk by failing to take reasonable measuresto abate it.  Notes that to be deliberate indifference and official and medical staff personel must both (1) know about a risk or injury of serious harm to an inmate and (2) fail to respond reasonably to that risk and/or "serious" injury harm, knowledge of a risk and/or serious injury harm and unreasonably response are **"elements"** of all failure to protect, medical care, and conditions claims. ⌊Id. 511 U.S. 825⌋. There are no administrative remedies in the State of Alabama (ADOC) Alabama Department of Corrections system, but he states he has file many and more attached **grievances, complaints,** and other formal administrative remedies both with all the named defendants and/of the Corizion Medical Health Services Staff, i.e. Defendants DordRobWandenDrIIPavirowtrRNkClemmons, NA/T. McElroy, Warden III C.

14

Dr, Robbins,Jr., Dr. Pavirov, Dr. Stubbs, RN S. Clemmons; (NA) T. MCElroy; Warden III C. Gordy, Warden II, J. Patrick, etc.

## FACTS

On April 15, 2015, between the hour of 08:30   and 08:45, a.m. working at the institutional laundry (Limestone) CF, pushing a over loaded laundry cart-up blankets 80 lbs or more, a pain struck this plaintiff's through his back sharp as lighting strike knocking him to the floor of the laundry, where he were force to aly there for approximately an hour.  The laundry supervisior Ms. Vanessa Craig, call the Shift Commander's office and the Health care unit under a code that "MAN DOWN" It felt as if had been stabbed with a knife twentysomething times.  For more than an hour I lay of the pavement waiting for some medical staff or some ADOC Officer to assit me to the Heath Care Unit.  Again, Ms. Craig call in another code "MAN DOWN" still, no one came to remove this plaintiff and take him to the health care unit.  I know I obtain pain from the scale of a strong 10.  I was of truly severe pain of a strong 10.  Finally after having been laid of the payment and after a third call by Ms. Craig from the laundry Officer Tinberge, came and with assistance of some other inmates slowly escorted me to the health care unit.  It took us 47 mintues to walk from the laundry to health care almost slow to a complete stop through the pain to get there.  There were any medical personel or any other ADOC response from any other officer ever showed to assist this plaintiff to the health care unit.

When finally arrived to the (HCU) Health Care Unit (ER) Emeregency Room, a Nurse Defendant Ms. McIntosh, to lower my pants' to see

where I was hurting.

I immediately ask Nurse McIntosh, if she could give me some medication or a steroid shot for the serious of the pain I was in, she immediately told me No! She could not give me anything, that if I wanted and if I got anything at all for your pain you have to purchase you some Iburprofin and Tynol of the canteen at your expense of your prison account.   But I'm not going to give you notning.

She did nothing for me and denied me of any treatment.  she said you're free to leave, and she was not going to do nothing for me.

I left going to the shift commander's office, again it took me another 45 or 50 mintues to walk there at a practically drag in my walk as that 's how much pain I was in.   I reported to Lt. Fox, through the severe pain and standing what I nad gone through at the (HCU) with defendant Mcintosh and denial and deprived of medical treatment of a serious medical injury I had occurred. He told me to go ahead and returned to my domitory and on the morining of April 16, 2015, I filed with Defendant's (NA) McElroy, my first grievance. Nothing for another 20 days transpired I was not seem, I was not call, I was denied and deprived medical treatment, I was denied medication, wasn't even call to (HCU) not even for a vital signs, moreless to be examination.  They all the named defendants acted if I wasn't even at tne correctional facility.    For 20 days or morre I laid of severe pain and no treatment of any kind, nad no mdication from an injury of this sharp pain running up and down my back, begging day after day night after night for just some kind of relief.  But still no took me to the health care emergency unit nor

would the ABOC assigned Officer really for me a wheelchair nor for the

nor would the ADOC in the cubicle of the dorm call for the
institutional ambulance or get any of the inmates to carry the
plaintiff's overthere to the (HCU).   Final in the evening prison
mail-call I received from Defendant McElroy of her answer on my
grievance to fill out a sick call slip, and appeal her decision, not
to mention I nad already sent some 6 or 8 sick call to (HCU) anyway.
almost every day back to back., for more than 20 days.

Finally on April 27, 2015, the honor dorm nurse Ms. Mclin, sam me of
one of the sick call and referred me to one of the doctor on-call at
the (HCU) to be reviewed.

On the morining of April 28, 2015, the dorm officer told me to
report to health care to see Defendant Sophia Clemmons for my
greivance appeal review.   In the interview with Defendant S.
Clemmons, and a Sgt. Milas, they both explain that Sgt. Miles were
not to sat on this appeal board because thay both could lose their
job or could be fired for sesponding (which they never responded to
anyway).   To the **"MAN DOWN" call on April 15, 2015, made by Ms.
Craig from the laundry to the shift commander's office and the
health care unit. But in the inbterview she explained that I would
be seem by a provider and would be schedule for X-RAY.**

Upon to my dorm the dormitory nurse Ms. Mclin issued me a 24 tablets

box Iburprofin ordered by Defendant Nurse Clemmons.

Plaintiff's when felt strong enough to confer with the laundry
manager Ms. Craig, I went down and ask her, did she call the Shift
Commander's office and the (HCU) Health Care Unit of the day (April
15, 2015) of the incident occurring. She confirmed she did and
presented me with the logged in the logged book of the contact and
plasbecogel hadn thove(HGIp), Sand thmathefridexpddnteadessSist meff toorthefff BCHb

17

and personel contacted at the (HCU) and the shift commander's office of a **"MAN DOWN"** of the incident and of the time contacted and how and when Officer Tinberge has showed up, and of the time of his arrival and explaining as to how he had taken the two inmates to assist him in helping me back to my feet to get me to the HCU for emergency medical attention.

April 30, 2015 finally, I was call to HCU to take X-Ray.

I was told by the Laundry Manager Ms. Craig, that Nurse Clemmons had contacted her and of the "Man Down" call in and Ms. Craig explained to this plaintiff's that she confirmed to Nurse Clemmons the exact and times of three call in procedure she had told me occurred on (April 15, 2015).

On May 5, 2015, I received a medical grievance appeal and was told to see a Defendant Ms. Means, which I saw and after a visit she prescribed for the plaintiff a prescription 6 day supply pack of Prednsure, Prilosec, and claritin and schedule him for a 30 day follow-up.

July 21, 2015 when schedule appointment for the follow-up with defendant Nurse Means, arrived and the plaintiff's went to the (HCU) for schedule appointment he was told she had been fired that she no-longer was an employee of the Corizion Health Services and no longer work at Limestone Health Careand that his appointment would be rescheduled and he would be notified, however, he was never reschedule for the appointment and was never notified of either, in other word it never happen of any of the above of the rescheduling.

However, on July 22, 2015 I was recalled to the HCU and he was interviewed by a Defendant Dr. Ivan Pavilov nad he explained after

reviewing the X-rays that I had Sacroliac Joints sprain and injected plaintiff's with 8 mg shot of his hip which issued no relief or did nothing it was prescribed to do, it was supposed to cease the pain but it never happen. Plaintiff is of the belief that it was kind of sugar water place ina syringe injected.

May 30, 2015 Plaintiff had an appointment schedule witn a Defendant Nurse Jackson,(Mental Health) and he explained to her the kind of depression and pain he was of and some of the serious problem, he was experiencing i.e. depression, some very severe serious pain on a scale of 10, from the back injury occurring (April 15, 2015)and that he needed some immediate help of the medical services.  She recommended some clases for the plaintiff to take for a period of seven (7) days. He explained to her he had ran out of prescription medicines and that he had submitted a sick-call for a represcription because the medicine prescribed had no refil.

July 15, 2015 Plaintiff sent a request to HCU explaining he was out of medicine and had not been schedule for a review or follow-up for prescription.

August 13, 2015, Plaintiff was call back to health care on an unnounce appointment with Defendant Nurse Clemmons, Defendant Administrator T. McElroy, and a (Nurse Practioner Mr. Filyaw, in a meeting the spoke-person for the group being NA McElroy, explained that Dr. Paillov did not schedule a follow-up for him and that **the "MAN DOWN"** issue on (April 15, 2015) **was no longer a issue of health care and it was something of the past, that it was over and he needed to Let It Go!** She went on to say in this meeting that there were twenty-two (2200) hundred otner inmates here at Limestone institutional and he was to **Let the MAN DOWN Issue GO!**

19

Sne further went on to say that it was hard to determined who or which of the inmates needed help and who had the real emergency needed attended to at the specific time. You need to fill out another sick-call slip and he would be seem in 24 hours. But I still explain to her and Nurse Clemmons and Mr. Filyaw that I was in some very severe serious pain from the injury and something had to be done, and that it was wrong to force me to purchase medicine from the canteen that they knew wasn't going to work for this type of injury. When I told her it was a lighting strike pain and something had to be done soon. Constantly shooting pain down through the spine of his back and elsewahre.

August 13, 2015 Plaintiff had an appointment with Mental Health Defendant Nurse Dryer, He commence to explain to her the seriousness of the pain he was expericining and how he had been denied and deprived of constantly medical treatment and prescription medicine for this serious injury the amount of pain he was suffering. She immediately "SNAP" on the plaintiff shouting and screming **"YOU DON'T NEED NO TREATMENT AND YOU WASN'T INJURY!" SHOUTING YOU DON'T NEED NO TREATMENT! YOU DON'T NEED NO MEDICINE! AND YOU DON'T NEED NO HELP!** I further tryed to continue to explain my depression, the pain, the stress, anxiety and what this injury had taken it's toll on the plaintiff's and his healtn of the seriosu of his injury having of his back injury and pain. Again, She snap stating You don't need no help! You don't need no treatment! That you're just faking this whole thing. **Because he had been incarcerated for seven (7) years without a problem and that you had no problem then and you don't have one now.** She went back to, her theory I'll sign you up for some classes.

Across the computer came an e-mail to send the plaintiff to a (Mental Health) Nurse Ms. Florence, I was sent to her office I explain to her the same situation I had just explain to Defendant Dryer, Ms. Florence tells me I need to reduce my anger toward life. I thought I was going to mental health seeking help because he was suffering from a serious medical injury and was emotionally distress and was at a mentally estate, only to be told and screm at **That I don't have a problem, There's nothing wrong with You, and You didn't have this problem seven years ago and you're only faking this injury. I was deverstated and that I didn't need help.**

> A "severe" mental illness is one "that has caused significant disruption in an inmate's everyday life and which prevent's his functioning in the general population without distrubing of endangering others or himself" see Tillery -v- Owens, 719 F. Supp. 1256, (9th Cir. 1982)(W.D. Pa., 1989) 'aff'd 907 F2d 418  (3rd  Cir. 1970).

The Eight Amendment principles apply to mental health care. Gates - v- Cook, 376 F3d 323, 332 (5th Cir. 2004); (Mental Health needs are no less "serious" than physical needs." violate's the eighth amendment.") see wellman -v- faulkner, 715 F2d 269 (7th Cir. 1983). August 14, 2015, I fill out another sick-call slip my vital signs was taken and the plaintiff was told he would be referred to a doctor. I seem a doctor in reference this sick call (September 19, 2015).

**NOTE: May it be noted every time I fill out a sick call slip to see any health care staff, $4.00 is automatically taken from the plaintiff's prison account whether he is seem or not or whether he is given a follow up or not. (See attached exhibit "    ").**

September 15, 2015:    Finally, plaintiff's was seem by a prison doctor from his submitted August 14, 2015 sick call.

August 23, 2015 Plaintiff's had a widom tooth and a front tooth pulled.    Two days later his jaw swell up the size of a baseball giving him some additional "serious" severe pain.    On the scale of a 10 and above.  I immediately went to the shift commander's office reported to a Lt. Brooks and in stead of him calling the HCU (ER) Emergency Room, he sent me back to my dormitory and told me to file a sick call slip.  However, on September 2, 2015, again I returned to the shift commander's office and spoke with Lt. Fox, Lt. Fox call tne Health Care (ER) Emergency room and told them plaintiff needed to be seem asap like immediately.  They advise him to tell me to come on over when arrived I was in so much pain I could barely breathe, I was immediately seem by a doctor, he told me to return to my dormitory because my vital signs were good.  I explained my whole body was in pain from the jaw of the pulling of the teeth, and that my jaw was so large the size of a baseball.  He refused me treatment and did not prescribed me any medication and told the plaintiff to "GET OUT OF HIS OFFICE".  I had no choice but leave because he threat to have ADOC to lock me up in segregation.

September 14, 2015 I wrote a request to Defendant (N/A) McElroy that I came to health care to the (ER) for treatment and had been denied treatment and/or medical attention and had not been seem by any of the medical staff from the HCU, from the filing of my sick-call slip (August 10, 2015) Even that monies of the co-pay $4.00 had already been discredit from the plaintiff's account. (see the attached receiptof the withdraw of monies prison account forms.  Exh. "  ".

September 15, 2015 I was seem by (NP) Nurse Practioner's Defendant
Hooper ne check the plaintiff's out and prescribed him some
medicationbut denied his request verbally for the (CT) Cat-scan.
(see exhibit attached " ")

September 15, 2015, I wrote another sick-call to HCU explaining his
jaw had continuely to swell and was getting larger and was of a
serious amount of severe pain.

September 18, 2015 Plaintiff's was called back to health care for
the sick-call appointment and was immediately taken straight to the
dentist office. The dentist immediately ask why didn't come earlier
or before then, I explained that I had sent many request and sick
call slip, but not allowed to be seem. as that I had been denied and
deprived to come to sick call or of his office.  She advise
(immediately) and told him he had obtain a **"DRY SOCKET"**  **Which was**
**a very dangerous situation.**

November 16, 2015:  Plaintiff saw (NP) Def. Hooper, again, and
reminded him he needed a cat-scan and that he was still of sever
pain and ask him why was he being denied and deprived of most needed
seriously medical treatment. that he didn't understand he was being
treated this way.  (NP) Hooper stated he would refer this plaintiff
to a free world dlctor.

December 8, 2015: I sent another request to (HCU) explaining I was
still of very "serious" pain from the back and leg injury and are
still awaiting to see the doctor, from the referral.  Which
apparently the HCU just totally ignored.

DECEMBER 16, 2015: I file another grievance with the Health Care Def. McElroy about my prescription she responded stating it also ADOC issue, confer with the shift's commander's offer ADOC states, it was a HCU issues.

I requested in my Dec. 16, 2015, for my reconsider of my prescription from (NP) Hooper.

January 5, 2016: I fordward a formal complaint to the (CHS) Corizion Health Service.

January 10, 2016: Plaintiff's was called to HCU to meet with the doctor, I learn when I arrived at the HCU the doctor had been changed, and I was interviewed by a Dr. Stubbs, I explain the severe seriousness of the pain I was experceing and he diagnose the conditions of the injury as "SI" pain from the Sacroilliac Joint". He further explainthere's no need for test, but it has been almost a year and there's still had not been examinating, and prescribed **no** medicine prechrisare and robaxin and mobil.

June 23, 2016: I saw NP Hooper who discontinue the Prechisare and increase the Nuwartin.

February 12, 2016: Without ever been seem or interviewed by Dr. Robbins, Jr., decreased the prescription without ever having examine the plaintiff. Again, I fill out another sick-call slip, because my finger was burned and was not able to feel the norm that they had been burned,

February 15, 2016: I fill out another sick-call slip and a grievance for the pain still struggle with of my backa nd legs again, was denied of a (CT) Cat-scan. Again, the medicine was discontinue for no reason at all.

24

February 26, 2016: Plaintiff's was called to HCU, and in a close meeting with a Defendants Dr. Robbins, J., (NA) Ms. Elroy; (RN) S. Clemmons, and a Defendant Jones. Jones being the spoke-person for the groupin an overtone voice stated: **This Mr. phillips who contacted the (CHS) Corizin Health Services,** arguing about out profession we do here at Limeston. In a complaint arguing of our job. Plaintiff's began to explain to Dr. Robbins of the medicine "Prednise had some serious side affect and was creating some serious huge buring in his stomach everytime it is taken by the plaintiff and tnat (NP) Hooper had discontinue it. Defendant Jones in an aggressive tone voice interupted "if I had a problem witn the meds' which had been prescribed that he needed to write he a letter" Not to file or send ner anymore greivane or sick-call slip. Plaintiff further went on to explain to the doctor he had been called a liar, as that I was and have not lied about anything of this complaint or to any of the health care staff of being denied or deprived of medical treatment or medications, and he should not have to feel as if he is some kind of trouble or being punish for something of his constitutional right is given.

Or ne nas to act as if is a pre-schooler, answering or justifying every action he give for each situation that is taken.

Dr. Robbins made tne comment to me why I stop coming to HCU in 2014 about my leg injury in pain. I explain to him that I was never told as to wnat was wrong with me and no could tell me as to what was really wrong with me, that I was being giving a different kind of medicine two or three times a week and no one knew what it was for.

I explain to him that I was having some real conpercation using the bathroom, there was time I couldn't even used the bathroom, final I being examine for my back and legs and the pain he say's he would schedule me for a (MRI), I explain to him that I had a medal plate in my right leg, and I needed to have a (CT) Cat-scan, he agreed and schedule me for a cat-scan.

March 7, 2016:   I forward a formal complaint to the institution Warden III, Christopher Gordy, (See attached exhibit "   "), of the concern of being denied of medical treatment and prescription of medication for the injury and for the pain I was experiening.
His response written at the bottom of the complaint stated:   "We will talk to you again today. A plan has already been "Place for You".

March 13, 2016: I had been told by Dr. Robbins that the result from the (CT) Cat-scan were back and they showed that a herinated disk but a bulduging disk on my LS-S1 vertibrae. **and would explain one for so much pain. I ask for some prescribed pain medicine to help relieved some of the pain. He said he was not going to prescribed anything "nothing" for me. But as I had told him the predins burns my stomach and he said the only other option is "Iburprofin". I explain it does not help me or the pain. He said atleast it dosen't burn your stomach! He say he sent the X-ray to a Dr. Kurt Fraidabeiger, to determine if I will need surgery or shots. It's now been since (May 2015) well over a year and still no result, no response, no interview. In fact no one even talk about tyhe seriousness of my medical conditions which is continue to be denied and deprived of a serious medical treatment or prescriptions of medicine of the op pain or nothing.**
At this last prover defendant S. Clemmons, shows up at the door

and state's the plan had been put in place. But this plaintiff's when heard this statement back in (May 2015) he was as shock as they were of the person who was making the statement. Plaintiff further went on to explain that no one explain any of this to him and now at the filing of this complaint is understood why? Because there were no plan and there's have never been a plan. Further when visit to the Outpatient Diagnostic Center, there the Dr. had prescribed a prescription medicine of (Flexifil) for his pain and back injury, but when return back to the (Limestone) prison, Dr. Robbins, Jr. says' I would be getting this medicine and that he was not going to ordered it and it could not be issu at the prison.

March 16, 2016: I was call to the (ER), when upon my arrival the Assosiate Warden II Def. J. Patrick, Defendant McElroy, and Def. S. Clemmons, stated the reason for being there because He had contacted The Warden III Gordy, and he had been causint problem. Warden Patrick stated  that he could resolve this problem about plaintiff's medical care and threaten him stating he could place me in one of the segregation cell with one of the gay male implementing a sexual Homosexual encounter for filing lawsuit and causing problem.  ms. McElroy and Ms. Clemmons both stated if I had more problem in the future to writ them a letter not a grievance.   That  they  were  still  waiting  to  hear  from  a Dr.Freuderburger's of the result of concern of the surgery.

Plaintiff continue to try and explain that he is of some serious daily pain and he continuely is being denied and deprived of medical treatment and prescription medicine,

On April 29, 2016: for unknown reasons at around 6:30 p.m. while coming from pill call Defendant Sgt. Clemmons ran up to the plaintiff's in his face as if he was going to attack him yelling, screaming and cussing him as if he had done something wrong to him making threats, provacative language, spiting in his face saying **("WHAT THE FUCK WAS THAT SMART ASS SHIT YOU SAID"!) (Phillips responding 'I didn't say anything smart sir. (Sgt. Clemmons, said "YES YOU FUCKING DID! IHEARD YOU MOTHERFUCKER!") Again Phillips responded NO Sir, I haven't said anything. (Sgt. Clemmons then replied When is the last time you shave Boy?) Phillips responded I shave yesterday sir. Simultaneously, James Spencer walk up and said to Sgt. Clemmons, that it was him that made the smart remark, (Phillips) said nothing of a kind. Sgt. Clemmons blowing and snatch away and just walk off in a very angry and mad attitude.** Plaintiff did not understand this type of retalation or as to what it was even about. He state's he had had no encounter or other altercation with this defendant. He just came out of nowhere and began making these altercations or arguments against this palintiff.

## EXHAUSTION OF LEGAL REMEDIES

Plaintiff's states that the State of Alabama has no exnaustion of administrative remedies, but ne has filed many complaints with the Warden's offices both Defendants WardenIII C. Gordy and Warden II J. Patrick), many grievances with all the named defendants in this complaint, contacted the ACLU, and the Southern Provety Law Center and they all tell this plaintiff they are a non profit organzation and they only hel inmates of prison conditions. He states many of his grievances filed with the Corizion Medical Staff and the named defendants nave gone ignorned or excused of other remedies

and denied any reasonably reason why he has been denied, deprived treatment of a serious medical injury, no follow-ups of other opinion from outside doctors and other medical facilities. see the attached greivances and complaints.

Plaintiff's states there were more issues contain in his medical records of x-rays, other diagnotics from other medical facilities, grievances, medical records, etc., that he has not had access to. that can be obtain through discovery of a court order from this U.S. Federal District Court.

## LEGAL CLAIMS

Plaintiff reallege and incorporate by reference paragraphs, in page 1 through 28.

Plaintiff's states that all the named defendants in this complaint have committed deliberate indifference denying and depriving him of a serious medical treatment and prescriptions medicines for more than a year's term since (April 15, 2015), and even denying a medical staff or a ADOC staff to retreave this plaintiff's taking him to the Limestone medical facility (HCU) when stricken with this injury of the back, spine, legs, and neck injury. See the record.

That they all violated a constitutional right of his eighth and fourteenth amendment, due-process,

The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declartory and injunctive releif which plaintiff's seeks.

## PRAYER FOR RELIEF

**WHEREFORE:** Plaintiff respectfully prays that this Honorable U.S. District Court enter judgment granting Plaintiff's:

An Order a declaration that the acts and ommissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

A preliminary and permanent injunction ordering defendants named in this complaint of the face caption grant him and give him the proper legal medical treatment prescriptions medicines, and surgery which is needed to put the plaintiff back to where he was then of April 15, 2015.

Grants him Compensatory damages at $75,000 each in their individual capacities sued for against each and all defendants sued in this complaint.  joinly and severally.

An order granting him Punitive damages in the amount of $150,000, against each and all defendants sued in their capacities joinly and severally, and of their official capacities of injunctive and declaratory relief.

A Jury trial on all issues in demand.

Plaintiff's costs of returned of filing fees in this suit.

And reserve the right under the amendment to add any additional defendants or other evidence that he may obtain at any later date during this litigation of this complaint or of dis-

covery, or any additional relief this court deems just proper, and equitable.

Respectfully submitted this 6th day of September, 2016.

Matthew Sherman Phillips, 262398

AUGUST 29, 2016

STATE OF ALABAMA:
COUNTY OF LIMESTONE:

VERTIFICATION

I have read the foregoing complaint and hereby vertify that the matters alleged therein
are true, except as to the matters alleged on information and belief, and as to those,
I believe them to be TRUE.  I certify under the penalty of perjury that the foregoing
is TRUE AND CORRECT.

EXCUTED AT THE LIMESTONE CORRECTIONAL FACILITY,
28779 NICK DAVID ROAD, HARVEST, ALABAMA

ON AUGUST 31st, 2016

MATTHEW SHERMAN PHILLIPS, #262398, PLAINTIFF,

NOTARY   MY COMMISSION EXPIRES,   10/30/17

AUGUST 29, 2016

### SWORN DECLARATION OF CHRIS SMITH,(287303)
### IN SUPPORT OF MATTHEW SHERMAN PHILLIPS

STATE OF ALABAMA:
COUNTY OF LIMESTONE:

I, CHRIS SMITH, (287303), HEREBY UNDER THE PENALTY OF PERJURY, SUBSCRIBED BEFORE THE UNDERSIGNED NOTARY, issued this Sworn Declaration in support of Matthew Sherman Phillips, (262398), of the occurred incident of ADOC Supervisor Sgt. _____, Clemmons, whose first name is not known to this affiant, at the time of the submitting of this declaration.

I certify that on the evening of April 29, 2016, for unknown reasons at around 18:30 hrs, ADOC Supervisior Sgt. Clemmons made verbal and aggressively threats and harassment charges against Matthew S. Phillips, for and of know unknown reasons for nothing he had done and accusing him of statements had been made completely of another inmate. i.e. Inmate James Spencer, W295853). I swear while walking back from evening pill call I observed a Sgt. Clemmons, charged Inmate Phillips at the crossover gate, where Sgt. Clemmons had arrived at the same time.  It was thundering, lighting, and raining that day.  Sgt. Clemmons aggressively ran up to inmate Phillips, making cussing and threatening justures in a high pitch voice approximately some 4 to 5' inches from Phillips face screaming ("WHAT THE FUCK WAS THAT SMART ASS SHIT YOU SAID"!!!) (Phillips responding 'I didn't say anything smart sir.) (Reply Sgt. Clemmons, said "YES YOU FUCKING DID, I HEARD YOU MOTHERFUCKER!!)(Again, Phillips responded No sir, I haven't said anything.") (Then, Sgt. Clemmons replied When is the last time you shave boy?)(Phillips responded I shave yesterday sir.")simultaneously, James Spencer walk up and said "Sgt. Clemmosns, that was me that said the smart remarks.  Sgt. Clemmons, snatch around while screming in my face had spit in Phillips face when attacking him. and walk aggressively walk off. Never apologizing to Inmate Phillips, or nothing.

I HEREBY CERTIFY UNDER THE PENALTY OF PERJURY AND SUBSCRIBED UNDER THE PENALTY OF PERJURY THE INFORMATION IN THIS SWORN DECFLARATION ARE TRUE AND ISSUE TO THE BEST OF MY KNOWLEDGE.

SUBSCRIBED AND NOTARIZED THIS _29_, DAY OF AUGUST, 2016.

_Chris Smith #287303_,
CHRIS SMITH, #287303,          AFFIANT,

_Daryl Dugraflevi_,            _10/30/17_,
NOTARY,                MY COMMISSION EXPIRES,

## EXHIBITS

**EXHIBIT** "A" INMATE'S REQUEST MEDICAL DENYING HIM RELEASE FOR

"WORK RELEASE" (AUGUST 14, 2016)

Rec'd 8-16-16 3ie

## INMATE REQUEST SLIP

Name _Matthew Phillips_ Quarters _G-33A_ Date _8-14-16_

AIS # _262398_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (X) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

_Captain Smith I did what you said and sent the papers
to officer Hurden and he replied and said I am
under review for the district 4 tractor squad. I
am out of class in exactly 4 weeks. I graduate
on Sept. 9. Would you tell me if I an getting the job
and will you post something in my Jacket like a
work report?_

Do Not Write Below This Line - For Reply Only

_for any reason you were
denied by medical._

Approved        Denied        Pay Phone        Collect Call

Request Directed To:    (Check One)

( ) Warden                        ( ) Deputy Warden    (X) Captain

( ) Classification Supervisor     ( ) Legal Officer -  ( ) Record Office
                                      Notary Public

N176

<u>EXHIBIT</u> "B"

ATTACHED PRINT-OUT FROM BUSINESS

UPDATE TAKING "CO-PAY" TRANSACTIONS FOR MEDICAL SICK-CALL

FROM (01/01/09 to 08/15/16)



# Alabama Department of Corrections

ITF020 ·

## All FeeCo-Pay P Provider Transactionsfor Inmate 00262398 from Limestone CF

### Using a Date Range of 01/01/2009 to 08/15/2016

| Transaction Type | Inmate | Transaction Date | Ref Number | Inmate Amount | Ending Inmate Balance | Escrow Payment | Ending Escrow Balance | Net Pay Check Amount | Payee |
|---|---|---|---|---|---|---|---|---|---|
| Co-Pay P Provider | 00262398 - PHILLIPS, MATTHEW SHER | 10/18/2013 10/22/2013 | | ($4.00) | $196.45 | $0.00 | $0.00 | $0.00 | |
| | | | | ($4.00) | | $0.00 | | $0.00 | |



## Alabama Department of Corrections

ITF020

### All FeeMedical Co-Payment Transactionsfor Inmate 00262398 from Limestone CF
### Using a Date Range of 01/01/2009 to 08/15/2016

| Transaction Type | Inmate | Transaction Date | Ref Number | Inmate Amount | Ending Inmate Balance | Escrow Payment | Ending Escrow Balance | Net Pay Check Amount | Payee |
|---|---|---|---|---|---|---|---|---|---|
| Medical Co-Payment | 00262398 - PHILLIPS, MATTHEW SHER | 07/22/2013 07/30/2013 | ADOC | ($3.00) | $256.33 | $0.00 | $0.00 | $0.00 | |
| | | | | ($3.00) | | $0.00 | | $0.00 | |

*314*

## Alabama Department of Corrections

ITF020

### All FeeCo-Pay OTC Over the Counter Transactionsfor Inmate 00262398 from Limestone CF

### Using a Date Range of 01/01/2009 to 08/15/2016

| Transaction Type | Inmate | Transaction Date | Ref Number | Inmate Amount | Ending Inmate Balance | Escrow Payment | Ending Escrow Balance | Net Pay Check Amount | Payee |
|---|---|---|---|---|---|---|---|---|---|
| Co-Pay OTC Over the Counter | 00262398 - PHILLIPS, MATTHEW SHER | 06/20/2014 06/24/2014 | ADOC | ($4.00) | $129.23 | $0.00 | $0.00 | $0.00 | |
| Co-Pay OTC Over the Counter | 00262398 - PHILLIPS, MATTHEW SHER | 08/31/2015 09/01/2015 | ADOC LIME | ($4.00) | $76.14 | $0.00 | $0.00 | $0.00 | |
| Co-Pay OTC Over the Counter | 00262398 - PHILLIPS, MATTHEW SHER | 09/01/2015 09/09/2015 | ADOC LIME | ($4.00) | $71.56 | $0.00 | $0.00 | $0.00 | |
| Co-Pay OTC Over the Counter | 00262398 - PHILLIPS, MATTHEW SHER | 09/18/2015 09/22/2015 | ADOC LIME | ($4.00) | $42.04 | $0.00 | $0.00 | $0.00 | |
| Co-Pay OTC Over the Counter | 00262398 - PHILLIPS, MATTHEW SHER | 04/11/2016 04/30/2016 | 172554 | ($4.00) | $92.55 | $0.00 | $0.00 | $0.00 | |
| Co-Pay OTC Over the Counter | 00262398 - PHILLIPS, MATTHEW SHER | 07/19/2016 08/14/2016 | 184370. | ($4.00) | $43.12 | $0.00 | $0.00 | $0.00 | |
| | | | | ($24.00) | | $0.00 | | $0.00 | |



Alabama Department of Corrections

ITF020

All FeeCo-Pay N Nurse Transactionsfor Inmate 00262398 from Limestone CF

Using a Date Range of 01/01/2009 to 08/15/2016

| Transaction Type | Inmate | Transaction Date | Ref Number | Inmate Amount | Ending Inmate Balance | Escrow Payment | Ending Escrow Balance | Net Pay Check Amount | Payee |
|---|---|---|---|---|---|---|---|---|---|
| Co-Pay N Nurse | 00262398 - PHILLIPS, MATTHEW SHER | 06/20/2014 06/24/2014 | ADOC | ($4.00) | $133.23 | $0.00 | $0.00 | $0.00 | |
| Co-Pay N Nurse | 00262398 - PHILLIPS, MATTHEW SHER | 04/28/2015 05/03/2015 | 126414 | ($4.00) | $46.26 | $0.00 | $0.00 | $0.00 | |
| Co-Pay N Nurse | 00262398 - PHILLIPS, MATTHEW SHER | 07/27/2015 07/29/2015 | ADOC LIME | ($4.00) | $538.27 | $0.00 | $0.00 | $0.00 | |
| Co-Pay N Nurse | 00262398 - PHILLIPS, MATTHEW SHER | 08/14/2015 08/19/2015 | ADOC LIME | ($4.00) | $274.96 | $0.00 | $0.00 | $0.00 | |
| Co-Pay N Nurse | 00262398 - PHILLIPS, MATTHEW SHER | 09/18/2015 09/22/2015 | ADOC LIME | ($4.00) | $46.04 | $0.00 | $0.00 | $0.00 | |
| Co-Pay N Nurse | 00262398 - PHILLIPS, MATTHEW SHER | 02/17/2016 02/18/2016 | ADOC LIME | ($4.00) | $96.47 | $0.00 | $0.00 | $0.00 | |
| Co-Pay N Nurse | 00262398 - PHILLIPS, MATTHEW SHER | 04/11/2016 04/30/2016 | 172553 | ($4.00) | $96.55 | $0.00 | $0.00 | $0.00 | |
| Co-Pay N Nurse | 00262398 - PHILLIPS, MATTHEW SHER | 04/11/2016 04/30/2016 | 172555 | ($4.00) | $88.55 | $0.00 | $0.00 | $0.00 | |
| Co-Pay N Nurse | 00262398 - PHILLIPS, MATTHEW SHER | 06/22/2016 07/13/2016 | 181794 | ($4.00) | $296.00 | $0.00 | $0.00 | $0.00 | |
| Co-Pay N Nurse | 00262398 - PHILLIPS, MATTHEW SHER | 07/19/2016 08/14/2016 | 184369 | ($4.00) | $47.12 | $0.00 | $0.00 | $0.00 | |
| | | | | ($40.00) | | $0.00 | | $0.00 | |

EXHIBITS-"C" & "D"

ATTACHED EXHIBIT-C- CT(CAT-SCAN) LUMBAR SPINE
EXAM DATE-MARCH 7, 2016

----------------------------------------------

ATTACHED EXHIBIT-D- ("MRI")- LUMBAR SPINE

EXAM-DATE- APRIL 19, 2016



**OUTPATIENT DIAGNOSTIC CENTER**

22281 US Hwy 72 East
Suites B & C
ATHENS AL 35613
Phone: (256) 233-2158
Fax: (256) 230-6825

AIS
962398

**To:**   **JERRY EDWARD ROBBINS, II**
**LIMESTONE CORRECTIONAL**
**FACILITY**
**28779 NICK DAVIS ROAD**
**HARVEST AL 35749**

| | |
|---|---|
| **Name:** | **MATTHEW PHILLIPS** |
| **MRN #:** | **3400003678** |
| **Phone:** | 2562334600 |
| **DOB:** | ( |
| **Exam Start:** | 0_, __, 2016 |
| **Referring Phys Ph.:** | 2562334600 |
| **Referring Phys Fax:** | |

**Exam:  CT LUMBAR SPINE WO CONTRAST 72131**
**72131**

PROCEDURE:
CT LUMBAR SPINE WO CONTRAST 72131

REASON FOR EXAM:
31 y/o M with BACK PAIN. Lower back pain with right radicular symptoms.

COMPARISON:
None.

TECHNIQUE:
Thin axial slices through the cervical spine were performed without contrast. Sagittal and coronal reconstruction images were performed.

FINDINGS:

T12-L1:  Normal interspace.

L1-L2:  Normal interspace.

L2-L3:  Well-preserved.

L3-L4:  Normal interspace.

L4-L5:  Minimal smooth generalized disc bulge.  Slight interspace thinning.  Minimal loss of the superior endplate bone density is compared to the other vertebra.  The endplate appears smooth and intact however Normal interspace otherwise.

There is small generalized disc bulging slightly more toward the right neural foramina extending out through the neural foramina at L5-S1.  Mild degenerative facet joint change on each side at L5-S1 loss.  Some asymmetric bony hypertrophy along the right posterior inferior aspect of L5.
No renal abnormality evident.  No axillary calcifications in the aorta.  No significant renal calcifications evident

IMPRESSION:
Mild generalized disc bulging at L4-5.

Page 1  Printed: 3/11/2016 3:53 PM      PHILLIPS, MATTHEW          Exam: 05336776

Name: MATTHEW PHILLIPS
MRN #: 3400003678
DOB:
Exam Start: __,__, 2016
Referring Phys.: ROBBINS, II, JERRY

Small L5-S1 generalized disc bulging slightly more toward and out through the right neural foramina.
Mild asymmetric bony prominence extending from the posterior inferior aspect of L5 vertebral body(axial
CT image 112).

**Interpreting Radiologist:**

*Joseph M. Cannon, MD*

**Joe Cannon**

**CC:**

**Thank you for visiting our imaging center.**

**OUTPATIENT DIAGNOSTIC CENTER**

22281 US Hwy 72 East
Suites B & C
ATHENS AL 35613
Phone: (256) 233-2158
Fax: (256) 230-6825

**To:**  **JERRY EDWARD ROBBINS, II**
**LIMESTONE CORRECTIONAL**
**FACILITY**
**28779 NICK DAVIS ROAD**
**HARVEST AL 35749**

| Name: | **MATTHEW PHILLIPS** |
|---|---|
| **MRN #:** | **3400003678** |
| Phone: | 2562334600 |
| DOB: | ⸜ |
| Exam Start: | 04/19/૱. |
| Referring Phys Ph.: | 2562334600 |
| Referring Phys Fax: | 2562309417 |

**Exam:  MRI LUMBAR SPINE W/WO CONTRAST 72158**
**72158,A9579**

PROCEDURE:
MRI LUMBAR SPINE W/WO CONTRAST 72158

REASON FOR EXAM:
31 y/o  M with HERNIATED DISC. Twisting injury of his back with low-back pain radiating down the right leg.

COMPARISON:
None.

TECHNIQUE:
Images are performed in a 1.5 Tesla Espree Short Bore Magnet. LUMBAR (NONCONTRAST followed by 15cc Magnevist CONTRAST): Coronal T1, Sagittal T1 and T2 turbo spin echo, Axial T1 and T2 turbo spin echo, post-contrast T1 Sagittal and Axial.

FINDINGS:
Alignment: Well-preserved lumbar lordotic curve.  No spondylolisthesis.

Bony structures: Well-preserved
Conus Medullaris: Normal at L1-2 with no lower cord expansile Lee
Thoracic lumbar junction: Well-preserved
L1-2: Well-preserved
L2-3: Well preserved.
L3-4: Normal interspace
L4-5: Normal Interspace.

L5-S1:  Chronic degenerative disc thinning and disc desiccation.  Mild central to right-sided disc bulging.

Kidneys: The kidneys appear symmetrical with no obstructive change.  Normal caliber of the renal veins and IVC
Para-aortic region: Normal caliber aorta with no adjacent adenopathy.

IMPRESSION:
Chronic L5-S1 degenerative disc thinning with mild posterior rather broad-based central to right-sided disc bulging with mild compromise of the right neural foramina.

Fax Server            4/22/2016 1:14:22 PM  PAGE   3/003   Fax Server

Name:     MATTHEW PHILLIPS
MRN #:    3400003678
DOB:
Exam ᴅ.ᴏ...  04/19/2016
Referring Phys.:    ROBBINS, II, JERRY

The facet joints appear quite well preserved.  No spondylolytic defect.

**Interpreting Radiologist:**

*Joseph M. Cannon, MD*

**Joe Cannon**

**CC:**

**Thank you for visiting our imaging center.**

EXHIBIT-"E"

LUMBAR TRANSFORAMINAL EPIDURAL STEROID INJECTION

------------------------------------------- --------

MEDICAL INFORMATION ON

¶ GABAPENTIN AS POTENTIAL OPTION FOR TREATMENT OF ("SCIATICA"):

# LUMBAR TRANSFORAMINAL EPIDURAL STEROID INJECTION



## For Low Back & Leg Pain



Front

Disc

Dura

Disc Tear

Back

A lumbar transforaminal epidural steroid injection is an outpatient procedure for treating low back and leg pain. This information sheet will explain what it is. Your doctor can explain if it is for you.

### What is the epidural space?

The dura is a protective covering of the spinal cord and its nerves. The space surrounding the dura is called the epidural space. In the lower back it is called the lumbar epidural space.

### What causes pain in the epidural space?

The lumbar area of the spine has five bones, called vertebrae. Soft discs found between these vertebrae cushion them, hold them together, and control motion.

If a disc tears, chemicals inside may leak out. This can inflame nerve roots or the dura, and cause pain.

A large disc tear may cause a disc to bulge, inflaming nerve roots or the dura, and cause pain. Bone spurs, called osteophytes, can also press against nerve roots and cause pain.



Osteophyte
Nerve Root Inflammation
Dural Inflammation
Disc Tear
Disc Bulge

### How would I know if the disc, dura, and nerve roots are inflamed?

If you have pain in your low back when you bend your back, you may have lumbar disc and dural inflammation. If pain travels to your leg when you bend your back, you may have nerve root inflammation.

Common tests such as MRIs can show disc bulges and nerve root compression, but may not show a torn and leaking disc. A lumbar epidural injection may provide relief if disc problems, or dural, or nerve root inflammation are causing your pain.

### What is a lumbar transforaminal epidural steroid injection?

In a lumbar epidural injection, a corticosteroid (anti-inflammatory medicine) is injected into the epidural space to reduce inflammation. A local anesthetic (numbing medicine) may also be injected.  When it is done from the side where the nerve exists the spine, it is called a transforaminal injection. This technique puts the medication near the source of inflammation.



### What happens during the epidural steroid injection?

A local anesthetic will be used to numb your skin.  The doctor will then insert a thin needle directly into the epidural space. Fluoroscopy, a type of x-ray, must be used to ensure the safe and proper position of the needle. A dye may also be injected to make sure the needle is at the correct spot.

Once the doctor is sure the needle is correctly placed, the medicine will be injected.



## For Low Back & Leg Pain



**What happens after an injection?**

You will be monitored for up to 30 minutes after the injection. When you are ready to leave, the staff will give you discharge instructions. You will also be given a pain diary. It is important to fill this out because it helps your doctor know how the injection is working.

It may help to move your back in ways that hurt before the injection, to see if the pain is still there, but do not overdo it. Take it easy for the rest of the day. You may feel immediate pain relief and numbness in your back and leg for a period of time after the injection. This may indicate the medication has reached the right spot.

Your pain may return after this short pain-free period, or may even be a little worse for a day or two. It may be caused by needle irritation or by the corticosteroid itself. Corticosteroids usually take two or three days to start working, but can take as long as a week.

You can usually return to work the day after the injection, but always check with your doctor.

**How long can I expect pain relief?**

The extent and duration of pain relief may depend on the amount of disc, dural or nerve root inflammation. Other coexisting factors may be responsible for your pain. Sometimes an injection brings several weeks to months of pain relief, and then further treatment is needed. Other times, a single injection brings long-term pain relief. If your pain is caused by injury to more than one area, only some of your symptoms will be helped by a single injection.

*This pamphlet is for general education only. Specific questions or concerns should always be directed to your doctor. Your doctor can explain possible risks or side effects.*



The Spine Center at
**SportsMED**
www.SportsMedLink.com

4715 Whitesburg Dr.            Phone: 256-881-5151
Huntsville, AL 35802           Fax: 256-880-3939



**ORTHOPEDIC EDUCATION ASSOCIATES**

© 2005-2009 Orthopedic Education Associates. All rights reserved. 11-07
9610 N. Oak Trwy, Suite 201
Kansas City, MO 64154
Sales & Modern PT 816-468-5278
sales@oeabrochures.com
www.oeabrochures.com

/3C1

PubMed    ▼

Abstract

Pharmacotherapy. 2008 Mar;28(3):397–402. doi: 10.1592/phco.28.3.397.

# Gabapentin as a potential option for treatment of sciatica.

Grice GR[1], Mertens MK.

### Author information

#### Abstract

Gabapentin has been approved in the United States for the treatment of epilepsy and postherpetic neuralgia. Gabapentin has also demonstrated proven efficacy for the treatment of diabetic peripheral neuropathy and trigeminal neuralgia, although these represent off-label uses of the drug. However, to our knowledge, no data have been published regarding the efficacy of gabapentin for treating sciatica. We describe two patients with sciatica who were successfully treated with gabapentin. The first was a 32-year-old man with severe shooting pain in his left leg that was later diagnosed as sciatica secondary to a fifth lumbar-first sacral intervertebral disk herniation. The patient was treated with acetaminophen, nonsteroidal antiinflammatory drugs (NSAIDs), narcotics, and muscle relaxants; he reported only limited pain relief with any of these agents or combination of agents. He was then prescribed gabapentin 300 mg once/day; his pain substantially improved, even after the first dose. The drug was titrated gradually up to 900 mg 3 times/day with good results. The patient subsequently underwent a laminectomy and diskectomy on the advice of his neurosurgeon, who assured him that the result would be immediate pain relief. After surgery, the patient continued to experience pain; however, his pain resolved completely after several weeks of receiving gabapentin 600 mg 3 times/day. The second patient was a 68-year-old Caucasian woman with renal insufficiency who experienced severe burning pain and numbness of abrupt onset in the posterior right leg; this was diagnosed as sciatica. The patient had contraindications for NSAID therapy and was intolerant of hydrocodone. Initial therapy with propoxyphene and acetaminophen, self-started by the patient, was ineffective. Gabapentin 100 mg at bedtime was started and then titrated up to 100 mg twice/day with 200 mg at bedtime. The patient's pain improved rapidly, and at follow-up approximately 5 weeks later, she was experiencing good pain control with gabapentin. Gabapentin is widely prescribed for management of peripheral neuropathic pain syndromes. To our knowledge, however, these two case reports are the first to describe sciatica successfully controlled with gabapentin. Because gabapentin has the potential to prevent central sensitization, consideration should be given to prescribing this therapy early in the course of sciatica. Further research using randomized, placebo-controlled trials are needed to validate the benefit of gabapentin in the treatment of sciatica.

PMID: 18294119 [PubMed - indexed for MEDLINE]

EXHIBIT "F", "G", & "H"

EXHIBIT-"F" CORRECTIONAL MEDICAL GREIVANCES

EXHIBIT-"G" CORIZION (ALABAMA DEPARTMENT OF CORRECTIONS)
SICK CALL REQUESTS

EXHIBIT-H,(ADOC)-SPECIAL NEEDS COMMUNICATION FORM
(PROFILES)

NOTIFICATION OF MEDICATION NON-COMPLIANCE (MISSED DOSES)
Plaintiff's has no idea what it is that this form is about

Exhibit "A" 2B

## Correctional Medical Services

☐ **Medical Grievance**    ☐    **Medical Grievance Appeal**

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

| NAME | AIS # | UNIT | DATE |
|------|-------|------|------|

**PART A---Inmate Grievance**

_____

**INMATE SIGNATURE**

| **PART B –RESPONSE** | **DATE RECEIVED** |
|---|---|

**CMS Department Head Signature**

**DATE**

RECEIVED
APR 20 2015
by _____

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
☐ Medical    ☐ Dental    ☐ Mental Health    ☐ Other _____

| | | | |
|---|---|---|---|
| ☐ | I   Quality of Onsite Care | ☐ | VI   Timeliness of Specialty Care |
| ☐ | II   Quality of Specialty Care | ☐ | VII   Medication Issues |
| ☐ | III   Access to Onsite Care | ☐ | VIII   Treatment and Testing Issues |
| ☐ | IV   Access to Specialty Care | ☐ | IX   Care Staff Conduct |
| ☐ | V   Timeliness of Onsite Care | ☐ | X   Other |

Exhibit "B"  2C

## Correctional Medical Services

| Medical Grievance | ☒ Medical Grievance Appeal |

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

NAME _____  AIS # _____  UNIT _____  DATE _____

---

**PART A---Inmate Grievance**

_[handwritten text, illegible]_

INMATE SIGNATURE

**PART B –RESPONSE**                        DATE RECEIVED _____

CMS Department Head Signature _____

DATE _____

RECEIVED APR 24 2015

If you wish to appeal a grievance response you may file a _Grievance Appeal._ Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

MEDICAL ADMINISTRATOR USE ONLY:
☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Other

| | | | | |
|---|---|---|---|---|
| ☐ | I   Quality of Onsite Care | ☐ | VI   Timeliness of Specialty Care |
| ☐ | II   Quality of Specialty Care | ☐ | VII   Medication Issues |
| ☐ | III   Access to Onsite Care | ☐ | VIII   Treatment and Testing Issues |
| ☐ | IV   Access to Specialty Care | ☐ | IX   Care Staff Conduct |
| ☐ | V   Timeliness of Onsite Care | ☐ | X   Other |

10D


HEALTH

**Alabama Inmate Grievance**

✓ **Medical Grievance**          ☐ **Medical Grievance Appeal**

<u>Check</u> the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

NAME: _Matthew Phillips_   AIS #: _262398_   UNIT: _K-Dorm_   DATE: _12-14-15_

**PART A---Inmate Grievance**

Every evening pill call that is conducted takes hours to complete. At 5:00 we wait in the Gym and pill call last sometimes up to 8:00. Please help to get us a proper time.

_Matthew Phillips_
**INMATE SIGNATURE**

**PART B –RESPONSE**          **DATE RECEIVED** 10 15 15 @ 0915

Sir

Delay in pill call is a DOC issue.

**CMS Department Head Signature**

**DATE** 10 15 15

If you wish to appeal a grievance response you may file a <u>Grievance Appeal.</u> Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
✓ Medical   ☐ Dental   ☐ Mental Health   ☐ Other

| | | | | |
|---|---|---|---|---|
| ☐ | **I   Quality of Onsite Care** | ☐ | **VI   Timeliness of Specialty Care** | |
| ☐ | **II  Quality of Specialty Care** | ☐ | **VII  Medication Issues** | |
| ☐ | **III Access to Onsite Care** | ☐ | **VIII Treatment and Testing Issues** | |
| ☐ | **IV Access to Specialty Care** | ☐ | **IX  Care Staff Conduct** | |
| ☐ | **V  Timeliness of Onsite Care** | ☒ | **X   Other** pill call | |

**CORIZON** HEALTH.

**Alabama Inmate Grievance**

☒ **Medical Grievance**   ☐ **Medical Grievance Appeal**

<u>Check</u> the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

NAME: Matthew Phillips   AIS #: 262398   UNIT: K-Dorm   DATE: 2-15-16

---

**PART A---Inmate Grievance**

This is a grievance against Dr. Jelly Edward Robbins for decreasing my medication without being evaluated and/or treated to pre-existing back problems and sciatic nerve pain that attacks my legs and feet. My medication helps me to manage my pain and discomfort. Nurontin is my medication that helps me. I have been requesting to see a specialist and for a Cat Scan. This is a problem that I have had since April 2015 and no one will refer me to get treated. Now the only thing I have gotten that helps has been taken from me and I am suffering. Please refer me to a specialist for treatment and re-new my medication. I have already placed in a sick call. Please see me on my sick call ASAP.

**INMATE SIGNATURE** Matthew Phillips

---

**PART B –RESPONSE**   DATE RECEIVED 2/16/16 @ 1:23 p.m.

Dr.

This _____ indicated to treat diabetic
neuropathic _____ disease. It is not
indicated for other pain. It has been
recently studied and found _____
that _____ does not adequately
control pain levels.

**CMS Department Head Signature** _____ RN, HSA

**DATE** 2/16/16

If you wish to appeal a grievance response you may file a <u>Grievance Appeal</u>. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**RECEIVED** FEB 1 6 2016 BY:

**MEDICAL ADMINISTRATOR USE ONLY:**
☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Other

| | | | | | |
|---|---|---|---|---|---|
| ☐ | I | Quality of Onsite Care | ☐ | VI | Timeliness of Specialty Care |
| ☐ | II | Quality of Specialty Care | ☐ | VII | Medication Issues |
| ☐ | III | Access to Onsite Care | ☐ | VIII | Treatment and Testing Issues |
| ☐ | IV | Access to Specialty Care | ☐ | IX | Care Staff Conduct |
| ☐ | V | Timeliness of Onsite Care | ☐ | X | Other |

CP7147AL-Inmate Grievance
Issued 9/2014

Original Medical File - Yellow to Patient

13c

# C☉RIZON
HEALTH.

## Alabama Inmate Grievance

☐ **Medical Grievance**        ☒ **Medical Grievance Appeal**

<u>Check</u> the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

Matthew Phillips       262398           K-Dorm        2-21-16
**NAME**                    **AIS #**                     **UNIT**              **DATE**

**PART A---Inmate Grievance**

I am appealing my grievance from 2-15-16 because (1) Nuirontin, Gabapentin is not only for diabetic neuropathy but is used by doctors as a first option for leg and back pain and tingling sensations. (2) I have not been given an alternative option to help manage my pain since it was stated in the response that "neurontin does not adequately control pain levels". If this is known then why am I not observed, free of charge, for an alternative that does help since its stated nuerontin does not. (3) The issue was never addressed that I was never talked to or personally observed before my medication being discontinued in an unprofessional way. (4) I still request to have a second opinion with a specialist.

See Attachment

*Matthew Phillips*
**INMATE SIGNATURE**

**PART B –RESPONSE**          **DATE RECEIVED** _____

_____

_____

_____

_____

_____

J. M S-H NHSA
**CMS Department Head Signature**

2/23/16
**DATE**

DECEIVED

If you wish to appeal a grievance response you may file a <u>Grievance Appeal.</u> Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

BY: ..................

**MEDICAL ADMINISTRATOR USE ONLY:**
☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other

| | | | | |
|---|---|---|---|---|
| ☐ | I Quality of Onsite Care | ☐ | VI Timeliness of Specialty Care |
| ☐ | II Quality of Specialty Care | ☑ | VII Medication Issues |
| ☐ | III Access to Onsite Care | ☐ | VIII Treatment and Testing Issues |
| ☐ | IV Access to Specialty Care | ☐ | IX Care Staff Conduct |
| ☐ | V Timeliness of Onsite Care | ☐ | X Other |

Rec'd 3-10-16

16B

CORIZON HEALTH

## Alabama Inmate Grievance

[X] Medical Grievance [ ] Medical Grievance Appeal

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

| Matthew Phillips | 262398 | K-Dorm | 3-7-16 |
|---|---|---|---|
| NAME | AIS # | UNIT | DATE |

PART A---Inmate Grievance

I am in pain. The Flexeril the Doctor prescribed for me has not been approved and I should not have to suffer when the 600 mg neurontin was helping me be able to manage my pain. There has never been a problem with me or my medication and I am requesting, pleading and begging to entitle me to relief per my 8th amendment rights. I only receive 300 mg of neurontin now and stay in pain. I have no other Health Service Provider to seek and no other options. Please get my medication fixed.

Matthew Phillips
INMATE SIGNATURE

PART B –RESPONSE DATE RECEIVED 3/11/16

[illegible handwritten response]

CMS Department Head Signature [illegible]

DATE 3/15/16

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

MEDICAL ADMINISTRATOR USE ONLY:
[✓] Medical [ ] Dental [ ] Mental Health [ ] Other

| | | | |
|---|---|---|---|
| [✓] | I Quality of Onsite Care | [✓] | VI Timeliness of Specialty Care |
| [ ] | II Quality of Specialty Care | [✓] | VII Medication Issues |
| [ ] | III Access to Onsite Care | [✓] | VIII Treatment and Testing Issues |
| [ ] | IV Access to Specialty Care | [ ] | IX Care Staff Conduct |
| [ ] | V Timeliness of Onsite Care | [ ] | X Other |

16C

 **C⊘RIZON**
HEALTH

## Alabama Inmate Grievance

☒ **Medical Grievance**          ☐ **Medical Grievance Appeal**

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

_Matthew Phillips_  _262398_          _K-Dorm_  _3-7-16_
**NAME**          **AIS #**          **UNIT**          **DATE**

---

**PART A---Inmate Grievance**

The Indomethacine (Indocin) I am prescribed burns and knots my stomach up. I admitted stomach problems to Dr. Jelly Edward Robbins and he prescribed me with a medication that has worsened my stomach pains and eating habits where I get so knotted up I cannot eat.

_Matthew Phillips_
**INMATE SIGNATURE**

**PART B –RESPONSE**          **DATE RECEIVED** _3/9/16_ , 0826

_Xiong_

_if you still need to follow out a sick call as instructed for this._

_M C C S Jimi H84_
**CMS Department Head Signature**

_3/9/16_
**DATE**

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
☒ Medical          ☐ Dental          ☐ Mental Health          ☐ Other

| | | | | |
|---|---|---|---|---|
| ☐ | I  Quality of Onsite Care | ☐ | VI  Timeliness of Specialty Care |
| ☐ | II  Quality of Specialty Care | ☒ | VII  Medication Issues |
| ☐ | III  Access to Onsite Care | ☐ | VIII  Treatment and Testing Issues |
| ☐ | IV  Access to Specialty Care | ☐ | IX  Care Staff Conduct |
| ☐ | V  Timeliness of Onsite Care | ☐ | X  Other |

160

**CORIZON**
HEALTH

**Alabama Inmate Grievance**

☐ **Medical Grievance**        ☒ **Medical Grievance Appeal**

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

Matthew Phillips        262398                    K-Dorm        3-12-16
**NAME**            **AIS #**                    **UNIT**        **DATE**

**PART A---Inmate Grievance**

I am appealing because I should not have to fill out and/or pay for a sick call due to the doctor's negligence of prescribing me with a non-formulary drug that is not approved in the ADOC. I have already done a sick call over my medication and am being another one per the date above also. It seems my health is detoriated by $4.00 sick call fees instead of being treated per policy because it was treated "per policy" I would not be having to suffer with pain, from neglect, and instead still have some approved pain medication.

*Matthew Phillips*
**INMATE SIGNATURE**

**PART B –RESPONSE**                    **DATE RECEIVED** 5/4/16        104/0
u.r.

Xon y

Apparent an appointment with Dr.

Phillips today to discuss your

CT scan results, a treatment plan

will be formulated             **CMS Department Head Signature**

at this time.                    3/14/16
**DATE**

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**RECEIVED**
MAR 1 1 2016
BY: ..................

**MEDICAL ADMINISTRATOR USE ONLY:**
☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other

| | | | | |
|---|---|---|---|---|
| ☑ | I  Quality of Onsite Care | ☐ | VI   Timeliness of Specialty Care | |
| ☐ | II  Quality of Specialty Care | ☐ | VII  Medication Issues | |
| ☐ | III Access to Onsite Care | ☐ | VIII Treatment and Testing Issues | |
| ☐ | IV Access to Specialty Care | ☐ | IX   Care Staff Conduct | |
| ☐ | V  Timeliness of Onsite Care | ☐ | X    Other | |

CP7147AL-Inmate Grievance        Original Medical File - Yellow to Patient
Issued 9/2014

*grievance appeal sent 6-23-16*

**C⊘RIZON**
HEALTH

**Alabama Inmate Grievance**

[X] **Medical Grievance**          [ ] **Medical Grievance Appeal**

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

| Matthew Phillips | 262398 | K-Dorm | 6-17-16 |
|---|---|---|---|
| NAME | AIS # | UNIT | DATE |

**PART A---Inmate Grievance**

My Cymbulta has been changed to 5:00 in the morning when it was at Noon/lunch Pill call. No one has let me be aware at this. I found out by Ms. Whitacre at 12:12 dwing pill call.

*Matthew Phillips*
**INMATE SIGNATURE**

**PART B –RESPONSE**                    **DATE RECEIVED** _____

_(handwritten response, illegible)_

**CMS Department Head Signature**

**DATE** _____

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
[X] Medical   [ ] Dental   [ ] Mental Health   [ ] Other

| | | | | |
|---|---|---|---|---|
| [ ] | I  Quality of Onsite Care | [ ] | VI  Timeliness of Specialty Care | BY: |
| [ ] | II  Quality of Specialty Care | [X] | VII  Medication Issues | |
| [ ] | III  Access to Onsite Care | [ ] | VIII  Treatment and Testing Issues | |
| [ ] | IV  Access to Specialty Care | [ ] | IX  Care Staff Conduct | |
| [ ] | V  Timeliness of Onsite Care | [ ] | X  Other | |

CP7147AL-Inmate Grievance
Issued 9/2014

Original Medical File - Yellow to Patient

received 6-27-16
Note: NP is not a provider
(286)

B

CORIZON HEALTH

Alabama Inmate Grievance

☐ Medical Grievance ☒ Medical Grievance Appeal

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

| Matthew Phillips | 262348 | 6-Dorm | 6-23-16 |
|---|---|---|---|
| NAME | AIS # | UNIT | DATE |

PART A---Inmate Grievance

Ms. McKlroy, the doctor wasn't even aware of my need for the changing of my pill call times. I had to practically beg him today to change it. He reports that I missed 29 doses and I want to challenge that by the pill call nurses can verify I came to pill call religiously. The computer is wrong. I haven't came to any 5 AM pill calls and only missed a couple Noon/Lunch pill calls. Thank you for the seemingly sincerity of the grievance but the truth of the matter is I am in pain and suffering and want relief and I am tired of not at least having something to help me manage. I am in an emotional wreck because I need help and it is either I am being punished or not believed.

Matthew Phillips
INMATE SIGNATURE

PART B –RESPONSE DATE RECEIVED 6/24/16 @ 1005 a.m.

Mr. [illegible]

You are being seen today by a provider.

The computer is not wrong. If you do not show up for pill call it marks you as a no show.

J. McElroy HSA
CMS Department Head Signature

DATE 6/24/16

Please show up for pill call as ordered by your provider.

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

MEDICAL ADMINISTRATOR USE ONLY:
☒ Medical ☐ Dental ☐ Mental Health ☐ Other

| | | | |
|---|---|---|---|
| ☐ | I Quality of Onsite Care | ☐ | VI Timeliness of Specialty Care |
| ☐ | II Quality of Specialty Care | ☐ | VII Medication Issues |
| ☐ | III Access to Onsite Care | ☐ | VIII Treatment and Testing Issues |
| ☐ | IV Access to Specialty Care | ☐ | IX Care Staff Conduct |
| ☐ | V Timeliness of Onsite Care | ☒ | X Other pill call times |

CP7147AL-Inmate Grievance
Issued 9/2014

Original Medical File - Yellow to Patient



## CORIZON
HEALTH

**Alabama Inmate Grievance**

☒ **Medical Grievance**          ☐ **Medical Grievance Appeal**

<u>Check</u> the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

| | | | |
|---|---|---|---|
| Matthew Phillips | 262398 | 6-33A | 8-14-16 |
| **NAME** | **AIS #** | **UNIT** | **DATE** |

**PART A---Inmate Grievance**

This grievance is about the paper I rec'd august 12, 2016 that I am in non compliance for my medication. #1 No one signed this paper. #2 I know that the computer system has a glitch in it because I was told in the past I missed my own medication for 29 days when I know I never miss that pill roll. #3 I try to abide by all rules because I stay in pain. #4 I suffer with a sleeping disorder from when I was a kid and the healthcare doesn't treat it and its hard to wake up out of a deep sleeping stupor at 5:00 AM and my pain keeps me from falling asleep. #5 Sometimes the ADOC runs us back to the dorm and say pill call will be announced and it never is. #6 No one informed me I was at 5:00 am and 8:00 PM for quarantine on 8-3-2016. I should not be held accountable for situations that are out of my control.

*Matthew Phillips*
**INMATE SIGNATURE**

**PART B –RESPONSE**          **DATE RECEIVED** 8/15/16

*CMS Department Head Signature*

**DATE** 8/15/16

If you wish to appeal a grievance response you may file a <u>Grievance Appeal</u>. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

<u>MEDICAL ADMINISTRATOR USE ONLY:</u>
☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other

| | | | | |
|---|---|---|---|---|
| ☐ | I  Quality of Onsite Care | ☐ | VI  Timeliness of Specialty Care | |
| ☐ | II  Quality of Specialty Care | ☐ | VII  Medication Issues | |
| ☐ | III  Access to Onsite Care | ☐ | VIII  Treatment and Testing Issues | |
| ☐ | IV  Access to Specialty Care | ☐ | IX  Care Staff Conduct | |
| ☐ | V  Timeliness of Onsite Care | ☐ | X  Other | |

 **Alabama Department of Corrections**
**Sick Call Request**


**Reason for Sick Call Request:** My buck and leg hurt. I am in pain.

Name (print): Matthew Phillips          AIS # 260398          Date of Birth 7-13-84

Institution: Limestone          Housing Area: K-Dorm          Date: 6-20-16

Sick Call Form Collected by Health Staff: _____(initials) Title: _____ Date: _____ Time: _____

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter <u>Not</u> Required

     (1) _____ Referring to Chronic Care Manager

     (2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

     (1) _____ Bring to HCU at this time for further evaluation

     (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____          Date: 6/21/16 @ 0885

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

**Co-Pay Fee <u>Incurred</u>:**

✓ $4.00 - Nurse

_____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

_____ $4.00 – **Scheduled but Refused Encounter**

2 ✓ Referral for follow up required; to be scheduled

     (a) ✓ Medical Provider

     (b) _____ Dental Clinic

     (c) _____ Mental Health Services

     (d) _____ Other:_____

---

Matthew Phillips
Inmate Name

260398
AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.

29F

 

# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:**

Back and leg pain. Pain is still hindering me from daily activities.

Name (print): *Matthew Phillips*          AIS # *262398*          Date of Birth *7-13-84*

Institution: *Limestone*          Housing Area: *6-Dorm*          Date: *7-17-16*

Sick Call Form Collected by Health Staff: _____ (initials) Title: MRC Date: 7-18-16 Time: 5:00

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter **Not** Required

    (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. _____ Nurse Sick Call Encounter Required

    (1) _____ Bring to HCU at this time for further evaluation

    (2) _____ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _____          Date: 7/18/16

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**

    _____ $4.00 - Nurse

    _____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

    _____ $4.00 – **Scheduled but Refused Encounter**

    (a) _____ Medical Provider

    (b) _____ Dental Clinic

    (c) _____ Mental Health Services

    (d) _____ Other: _____

*Matthew Phillips*          *262398*

Inmate Name          AIS#

**ADOC**
# SPECIAL NEEDS COMMUNICATION FORM

Date: _3-15-16_

To: _DOC_

From: _MEDICAL_

Inmate Name: _PHILLIPS  MATTHEW_   ID#: _808348_

The following action is recommended for medical reasons:

_Profile has been renewed through 9-23-16_

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until_____

5. Other _____

**Comments:**

_No long standing > 10 minutes X 10 days  Until  June f. teenth_

_4 and and sixteen._

Date: _3-15-16_   MD Signature: _E. Wilson  MD_   Time: _11:17_

ADOC AL-60418-CMS Special Needs Communication Form        (White-Medical Record, Pink-Security, Yellow-Inmate)

**ADOC**
**SPECIAL NEEDS COMMUNICATION FORM**

Date: _____

To: _____

From: _____

Inmate Name: _____ ID#: _____

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_____

_____

_____

_____

Date: _____ MD Signature: _____ Time: _____

(White-Medical Record, Pink-Security, Yellow-Inmate)



# ADOC

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Phillips Matthew_ _262398_

(Print Name)                                    (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis    describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

(X)   Other    describe _BACK Brace_

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____      _6/0/16_

(Inmate)                             (Date)

_____      _6/0/16_

(Witness)                           (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Phillips Matthew | 262398 | 7/19/84 | W/M | LCF |

Rec'd Aug. 12, 2016

3/B

# RETURN TO INMATE

**Name:** PHILLIPS, MATTHEW SHERMAN

**AIS Number:** 262398

**Bed Number:** G,1,33A

# Notification of Medication Non-Compliance (Missed Doses)

Wednesday, August 10, 2016

We are writing to inform you that you have missed doses of one or more of your critical medications.

It is imperative that you come to pill-call and take your prescribed medications as ordered every day in order to maintain optimal health.

Serious health complication can arise from not taking your medication as ordered. If you are experiencing issues that cause you to miss your medication, please let us know.

Health Care Unit

**EXHIBIT "I" COPIES OF COMPLAINTS TO DEFENDANTS**

    **1. DEFENDANT (WARDEN III) C. GORDY,   (03/16/16)**

    **2. DEFENDANT (RN) S. CLEMMONS, (07/17/16)**

            **"           "               "       (06/08/16)**

            **"           "               "       (03/20/16)**

    **2. DEFENDANT (DR.) ROBBINS,     (03/27/16)**

    **4. Ms. FLORENCE,               (03/27/16)**

    **5. Ms. MELENDEZ,               (07/17/16)**

    **6. CORIZION HEALTH SERVICE,    (07/17/16)**

            **"           "         "       (07/06/16)**

            **"                        "       (03/15/16)**

            **"           "         "       (02/21/16)**

            **"           "         "       (12/10/15)**

            **"           "         "       (09/14/15)**

            **"           "         "       (01/05/15)**

                    **END OF EXHIBITS**

Matthew Phillips 262398  K-Dorm

Mar

RECEIVED
MAR 1 6 2015
BY: ..................

Warden Gordy,

I know that you are a man of integrity and class and I take it that you are a man of understanding, so here is my dilemma

I have had serious back and leg pains for over a year now and recieve little to no treatment. The healthcare was treating me with medication but they have quit for reasons unbeknownst to me. I suffer with pain everyday and have trouble with many day to day tasks so I have been following the chain of command for help by writing the Healthcare and filing grievances.

I have always been under the impression that if you cause the healthcare trouble you will be shipped. I like Limestone because of the mediocre atmosphere and do not want to be punished by being transferred because I am trying all avenues to recieve help from my suffering.

I write you this letter to inform you that I am trying to seek help and feel I am being punished with suffering and am afraid that I will be transferred for trying to get the healthcare to help me.

Please let me know what I should do.

Sincerely,
Matthew Phillips

Mr,

We will talk to you again today. A plan has already been in place for you.

Matthew Phillips 262398  July 17, 2016

Ms. Clemmons,
    I really need your help. I am in pain over my back and leg. It restricts me from daily activities in life. I know that by you being an R.N. that you know I am in pain. I do not understand why I have to suffer with pain. All my years in prison I have never come to the healthcare without having a problem. I want Pain management. I am waiting on a second epidural shot to help me but I suffer in the meantime. Please be one of those people that stands up for what is right. I am already in prison and having to suffer on top of that.

                        Thanks for your time,
                        Matthew Phillips
                        262398

7-20-16

Mr Phillips,
    As per our conversation today in the HCU, you are aware of your healthcare plan. Also, you are seeing no melleodery following our conversation for low back pain with complaints of radiculopathy. Also, Dr. Caran has explained the process of your epidural injections. You will also follow-up with Dr. Robbins here at the facility. M & Comm



Matthew Phillips 262398 July 17, 2016

Ms. Clemmons,

I really need your help. I am in pain over my back and leg. It restricts me from daily activities in life. I Know that by you being an R.N. That you Know I am in pain. I do not understand why I have to suffer with pain. All my years in prison I have never came to the healthcare without having a problem. I want Pain management. I am waiting on a second epidural shot to help me but I suffer in the meantime. Please be one of those people that stands up for what is right. I am already in prison and having to suffer on top of that.

Thanks for your time,
Matthew Phillips
262398



Ms. Clemmons,

June 8, 2016

I am writing to you because I need some help on several different issues and I do not want to cause trouble by filing grievances.

1) The Doctor ordered me a back brace over 3 weeks ago and I have not recieved it because no one can find it.

2) I am still experiencing chronic pain, joint pain, and burning in my leg. I really need some relief from my suffering because it seems I only get worse.

3) The doctor placed me on Zyrtec instead of Clairitan because the clairitan stopped helping my allergies. The zyrtec does not help either. This year my nose has yet to quit dripping black/brown sinus fluid and it makes me feel sick. It is very aggrivating.

4) Point blank I am severely depressed. I have been suffering from this for awhile now and have been trying for almost a year to seek help because I feel so hopeless with pain and life in general. I am tired of all of the above. The mental health accuses me of seeking medication. I am not seeking medication but relief from the gutter that my mind stays in. I am not a drug addict and I feel that I am being accused of one, and I shouldn't have to feel like that when I am trying to seek help. I am signing up for MH emotional classes which will not help because I am Bi-Polar from the street.

Please document this in my file along with the facts that I suffer from chronic pain and that I am making an honest statement under perjury by law that I am not seeking medication in any shape form or fashion except to help me manage my pain, my allergies, and my mentality.

Matthew Phillips 262398
Matthew Phillips 262398
June 8, 2016 @ 1:40 P.M.

Or ....l

2/B

Matthew Phillips 262398  K-Dorm   March 20, 2016


Ms. Clemmons,

   I am writing you per your request for when I have issues involving my pain or my medication. Yesterday I was in such bad pain I considered the E.R. but did not want y'all to say I am abusing my rights toward treatment so I decided to write you. I am still in bad pain and the Robaxin does not help. Not even to ease my pain. Neither does the Motrin. You are a R.N. and should be able to testify to this. Doesn't my results prove that I have been in pain? I do not know what to do. I do know that I am suffering and limited to daily activities even to the simplest of nothing and have been for a long time. I have tried everything I know to receive help. I have no other medical office to seek for help except Cameron. It is very mentally tiring to not be shown any mercy.

   Another issue I have is that I had 2 sick calls placed in at the same time, One for back and leg pain and the other for my fingers being numb at times and I only got seen for one of them and not the other. Also on the one I was seen on I have not been called back to go over my X-Ray results. Please help me out on these issues and please do not think I am trying to abuse my rights or cause problems when I am just tired of being in extreme pain.

<div align="right">

Thanks,

Matthew Phillips

</div>

py of Original on paper

21C

Matthew Phillips 262398   K-Dorm   March 27, 2016

Dr. Robbins,

I am writing to inform you that the Robaxin and Ibuprofen I am prescribed offers me no relief whatsoever. The ibuprofen only helps to relieve my head from headaches. I am in pain and stay in pain, my lower back and Rt leg. My Left knee also hurts severely from shifting my weight on it. I have been accused of abusing the grievance process so I write this letter.

April 15, 2016 will be one year since I have been hurt and I have been in pain and suffering ever since and it seems to just get worse. It affects my sleep immensly now and I never wake up without sharp pain.

Please note this in my file that I stay in chronic pain. Everyday I also have been anticipating our talk of Dr. Freudenburger's opinion. It is very psychologically frustrating having to deal with pain, no energy, and thinking it will never go away.

Not everyone in prison is a bad person and tells continuous lies. I seek out the healthcare because I am in pain and have no where else to go.

Truly & Respectfully,
Matthew Phillips

210

Matthew Phillips 262398 K-Dorm 3-27-16

Ms. Florence,

I am writing you wondering if I can request to speak to someone other than Ms. Dryer because I did not leave feeling any better mentally than when I arrived. I left feeling lost and confused over everything. She told me that I wasn't crazy and did I want to be. Well no but I want to be alright and I know I am not alright. Maybe what I need is a Therapist that I discuss all of my problems with instead of someone telling me I am fine when I am depressed, stressed, worried, tired, and a million other things at the same time. I truly do not know what to do and I don't want to cause any problems or make anyone mad, I just want to be alright.

Respectfully,
Matthew Phillips



Matthew Phillips 262398                    July 17, 2016

Ms. Melendez,

Please give me a follow up. The anesthesiologist referred me
for a second epidural injection yet I haven't received one.
Ibuprofen does not help in pain management and I stay in
pain and suffering. As a Nurse Practitioner you should be
able to tell by my CT scan and MRI that I am
in pain that restricts me from daily activities.

Also they will not give me my Reglan KOP anymore. At first
I got it yet they knock me out. It helps my stomach
though.

As for my allergies I need relief. My head stays stuffy,
and hurts with headaches. My sinuses drain brown and my
throat gets sore with all the drainage and it keeps me
tired.

Thank You for your time.

Matthew Philly 262398



July 17, 2016

To whom it May concern,

My name is Matthew Phillips, 262398, and I want to report Corizon Healthcare, sub contracted by the Alabama Department of Corrections for Deliberate Indifference, cruel and unusual punishment, and neglect.

On April 15, 2015 I was working and hurt my back. An emergency call was made several times and no assistance came. After I struggle to the ER. I am turned away by a Ms. McIntosh.

This year in March I have a CT Scan and an MRI showing damage in my back with a disc bulge and nerve pain. I recieve Ibuprofen that does not help, Only recieved 1 epidural injection that provided no relief and have been waiting on the second one.

Every day I live with pain and suffering and am restricted to life daily activities.

Please help me out or give me some advice.

Thanks,
Matthew Phillips



To whom it may concern,

July 6, 2016

My name is Matthew Phillips, Ais #262398. I have been in the ADOC since November 2008. I have a rod attached to my Right Femur that I experience chronic pain from. The ADOC at Limestone does not consider this to be chronic care. I also suffer from Chronic Depression and the Mental health here will not treat me because they say, I have been incarcerated a long time without needing their help. I also have a sleeping disorder that I carry from the streets that they will not treat cause it is against ADOC's rules to treat sleep.

On April 15, 2015 I seriously injured my back at work and a "man down" call was made. No one from the healthcare came to my assistance, No wheelchair or stretcher. I had to hobble to the emergency room and was denied treatment in the E.R. by a nurse named Ms. M'intosh.

After several sick calls, letters, and grievances, in around February, March, I am finally sent for a CT scan after suffering emotionally, mentally, and physically for months in pain that restricts my day to day activities. After the CT Scan and an MRI I am told I have a bulging disk that is on my sciatic nerve. Per data above I am expecting another (2nd) shot of epidural injections because the first one did not help.

I have been on Gabapentin and Tramadol to help manage pain but the healthcare takes it away, always with an excuse. They are also aware that Ibuprofen does not help me and it burns my stomach for taking it for so many years. It is believed I developed stomach ulcers from taking NSAID's.

Another thing is Pill Call takes hours to complete, especially during an emergency because they need the nurses that run it. ADOC rules conflict Corizon's rules. They each blame each other. Another issue is tracking pill call. I was accused of missing 29 out of 60 doses recently and know I do not miss going. I believe that if a medication card is not scanned by the nurse on duty then it does not show it accurate on the computer.

Sometimes it takes weeks to be evaluated for sick call or scheduled for an appointment. Very understaffed.

For over a year I have struggled with extreme chronic pain, emotional distress, and can't perform day to day tasks from neglect.

The grievance process is no good because even when you appeal a descision, the same person answers it with, sign up for sick call when problems are neglected until the last minute.

My name is Matthew Phillips, Ais #262398 and this is my true statement under perjury.

Respectfully,
Matthew Phillips

To whom it may concern,

March 15, 2016

My name is Matthew Phillips, 262398, and I am currently incarcerated in Alabama
Limestone Correctional Facility. I have a serious issue I need consultation on for
a potential filing of a lawsuit against Corizon Health Services for neglect,
medical malpractice, and pain and suffering, in violation of my rights under the
8th amendment.

On April 15, 2015 I seriously injured my back at work in front of a
free world witness who is willing to testify. A "man down" call was made
several times and no help was offered. I was on my own to limp to the
Healthcare with an officer helping me only to be neglected at the ER by
a nurse named Ms. McIntosh who didn't even check me out or record my accident
but stated "It's an inflamed muscle and to lay down." I then reported this
to the shift office to no avail.

I immediately started the grievance process and sick calls for help. Though
this past year I have explained over and over my pain, sick call after sick call,
grievance and notes. I was barely ever attended to and begged for help.

This one Nurse Practitioner placed me on a drug called Nuvontin back
on September 15, 2015 which has helped immensly in easing my pain. On February
12, 2016 I am told my nuvontin is being discontinued due to the doctor's orders
without being seen or evaluated. Several grievances and appeals have been filed to
no avail and me still being treated with contempt by the staff. I have all
records.

The Healthcare will not help me and so I write their headquarters in
Tennessee and am immediately and spitefully seen. They finally order me
a CT Scan and I am told "You better hope there is something wrong."
by an administrative nurse. This happens on February 26, 2016.

On March 7, 2016 I am given a CT Scan and on March 14, 2016 I finally
find out why I have been suffering for a year. I have two bulging discs
on my L5 and my S1 that the Doctor sent to a specialist to see if he
could go ahead and provide me surgery. Ibuprophen and Robaxin 500 mg was
prescribed.

Continuation:                    March 15, 2016

The doctor is aware I have stomach issues that may be ulcers and that I 'get sick taking NSAIDs and believes that it doesn't help at all to mask this pain. As I write this I have had no sleep in 48 hours due to increase pain.

I need help and I am tired I need a lawyer to help me file my Rights violation and sue Corizon Health Services. I have been suffering for over a year, limiting me in day to day activities, I am tired of hurting and request to seek relief from them.

I have records kept of every visit to this Healthcare for the past year and saw and hateful statements made. Even visits not involving my back. Very closely kept records of dates times and places.

Please find the time to lead me to someone who will pursue my case so the punishment of suffering I have been given.

Respectfully,
Nathan Phillips    March 15, 2016

The aforementioned is a condense but concise and true statement.

C.C. Personal File
ACLU
SPLC

*1.*

13B
13B & 13B

Attn: Corizon Health Services.

February 21, 2016

To whom it may concern,

My name is Matthew Phillips, Ais #262398, and I am writing this letter of statement about my medical situation with Corizon Health Services, Limestone Correctional Facility.

My history with Corizon Health Services (CHS) begins in 2009 for varifying issues. This letter is to be a brief notification of this documented past year.

On April 15, 2015 between 8:30-8:45 my lower back went out and a sensation of fire erupted down my legs to the point I could not control them. A "man down" was made over the radio and several attempts over the phone system to gain me emergency services. No attempt was made to pick me up. I had to struggle to the Healthcare Unit by officer escort only to be neglected by a Nurse McIntosh in the E.R. She briefly told me it was an inflamed muscle and to lay down and purchase Ibuprofen. I reported this to the shift office. (Later I found out she made no documentation of me ever being there.)

On April 16, 2015 I filed a grievance to CHS for neglect. On April 22, 2015 I appeal my grievance on this issue of neglect. On May 15, 2015 I am seen by Ms. Means (NP), exactly one month after the incident with my back. She stated I was experiencing damaged nerves and a disc in my back may have slipped to cause me pain.

On July 22, 2015 I was observed by the late Dr. Ivan Pavirov. He firmly stated that I have a sacroiliac joints sprain and even wrote this down for my personal folder and had his nurse administer a steroid shot that did not provide any relief.

On Aug. 10, 2015 I wrote Dr. Ivan Pavirov or provider on duty a request seeking medical attention.

On Aug. 12, 2015 I am seated in a room with Ms. Clemmons, Ms. McKelroy, Mr. Filyaw and another nurse whose name is unknown to me. Ms. Clemmons told me there is 2200 people in this camp and its hard to determine who needs help and that my "man down" call is in the past. I am told to fill out a sick call in the presence of Officer Ridgway and give it to him.

On Aug 14, 2015 I am evaluated for my sick call.

On September 14, 2015 I write a request about being observed. Coincidently I am observed by Mr. Hooper (NP) on September 15, 2015. He starts me on a trial run of Neurontin and Robaxin to see how it helps for my nerve damage and pain.

On January 10, 2015 I am observed by Dr. Jerry Edward Robbins. He says it is SI pain from the Sacroiliac Joint and places me on Mobic and prednisone.

On January 23, 2015 I have an appointment with Mr. Hooper (NP) and inform him that the Mobic does not help at all and the prednisone causes my stomach extreme pain and makes me feel sick. He increases my Neurontin and gets it approved to discontinue my prednisone.

2.

Attn: Corizon Health Services

1381

<u>Continued</u>

February 21, 2016

On February 12, 2016 I am informed that my Nuerontin is being discontinued fully by March 13, 2016 after a step down in milligrams without being evaluated or discussing additional options. I immediately fill out a sick call and grievance.

So far I have only stated significant dates and miniscule details. Every time I am observed or evaluated I explain the same symptoms; Difficult to stand, sit, or walk and lie down for long (30 min.) amounts. Toes and feet tingle with pain in the form of shooting fire mainly down right leg, Can't ever walk the same way twice, lower back pain occasionally makes me sick to my stomach. How my extreme lower back hurts immensly and my right leg along with my left and right knees. The nuerontin helped to ease my discomfort and make life managable so I do not suffer.

The Mabic does not help. I have requested a CT scan due to metal in my right leg. I have requested to see a specialist. I am stating all of this as fact and can testify to the same. I am tired of being in pain and suffering day and night. I have no extra Mattress, No Back Brace, and no walking, sitting, standing, lifting profiles to use when needed.

I have also tried to obtain my medical records, to no avail, so I can be aware of what is really causing me problems. Everyday I am disturbed psychologically because I feel I am going paralized little by little.

Please accept this letter as an outline of facts and allow me the priveledge of a reply and an attempt on our Corizon Health Services to treat me.

Additionally on a returned grievance it states by Ms. McElroy that my medication (Nuerontin, Gabapentin) is only used to treat diabetic newopathy. I have attached a true world study stating the exact opposite of her response.

C.C. Corporate Office
    Regional Health Service Supervisor
        (Brandon Kinnard)

Sincerely,

Matthew S. Phillips 262398
February 21, 2016 at 3:15 P.M.

Original

Attachment Enclosed

Matthew Phillips 262398 K-Dorm December 8, 2015

DEC 0 2015

By_____

To: Limestone's Corizon Health Care

To whom it may concern,

I was seen by Mr. Hooper on ~~█████~~ November 16, 2015 and he refferred me to see the doctor. It has been three weeks since I have been evaluated and I am concerned about what is wrong with my back and why I still experience sharp pains in my extreme lower back to my feet. Please tell me what I need to do.

Original sick call was placed on August 12, 2015. I was evaluated on August 14, 2015 and referred to see the doctor. On September 15, 2015 I am evaluated by Mr. Hooper and followed his advice and instructions.

Thanks,
Matthew Phillips 262398

Sir,
you are down to be seen. Watch the newsletter for date & time.

J. Mc Elroy HSA
12/10

0914

Copy 3 of 3

NGBY

9C

Matthew Phillips  262398  K-Dorm  September 14, 2015

SEP 15 2015

To Limestone's Corizon's Health Care.

To whom it may concern,

On August 12, 2015 I properly fill out a sick call request.
On August 14, 2015 I am evaluated by Ms. Reece for my sick call.
The sick call nurse. Today is September 14, 2015 and I still have
not saw a provider and am still suffering from extreme back
pain. I check the newsletter when it is in the lobby of K-Dorm and
wait for my name to be called. It hasn't. Can I please be seen.

Matthew Phillips  262398
9-14-15

Sir,

You were seen by Mr. Hopps
yesterday.

J.M. &fpw 1/89
9/16/15
1:02 a.m.

Rec'd
9/18/15
(MP)

Page 2 of 2

Matthew Phillips 262398   K-1-1-A



To: Corizon Health

Jun. 5, 2015

I have been waiting months to see the doctor for back/leg pain and I had an appt. today at 1:00. At 12:30 I checked in with officer Ridgeway at the HCU cubicle and he told me that when they get ready for population they will call for us, so go back to the dorm. No one ever called me and I am writing this because I need to see a provider.

Sincerely,
Matthew Phillips

Original